**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID WINDER,<br><br>Plaintiff,<br><br>-against-<br><br>OSCAR HEALTH, INC., OSCAR HEALTH PLAN OF NEW YORK, INC., OSCAR HEALTH AGENCY INC., WILL DUNHAM, AND DAVID BYTTOW,<br><br>Defendants. | Case No. 1:25-cv-08297(JMF)<br><br>**DECLARATION OF SARA AUGUSTUS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT** |

I, Sara Augustus, affirm pursuant to 28 U.S.C. § 1746, and under penalty of perjury, that the following is true and correct, and I understand that this document may be filed in an action or proceeding in a court of law:

1. I am currently employed as Senior Manager, Human Resources for Oscar Management Corporation ("OMC"), which is a subsidiary of Defendant Oscar Heath Inc., and make this declaration in that capacity and in support of the Motion by Defendants Oscar Health, Inc., Will Dunham, and David Byttow to Dismiss the Complaint.

2. This declaration is based on my own personal knowledge, which is based upon my review of OMC's business records.

3. As Senior Manager, Human Resources for OMC, I am familiar with OMC's day-to-day human resources operations and have access to human resources information and reports maintained and generated in the ordinary course of business.

4. Plaintiff David Winder received an offer of employment from Oscar Management Corporation on February 17, 2022. A true and correct copy of Mr. Winder's executed Offer Letter is attached hereto as **Exhibit A**.

5. Defendant Oscar Health Inc. maintains an Incentive Award Plan that governs the grant of equity awards, including Restricted Stock Units, to eligible employees. A true and correct copy of the 2021 Incentive Award Plan Prospectus is attached hereto as **Exhibit B**.

6. On March 18, 2025, Mr. Winder executed a Restricted Stock Unit Grant Notice, with an effective date of March 5, 2025, under Oscar Health, Inc.'s 2021 Incentive Award Plan. A true and correct copy of Mr. Winder's RSU Grant Notice and Agreement is attached hereto as **Exhibit C**.

7. OMC maintains an Employee Handbook that describes workplace policies and benefits applicable to its employees. A true and correct copy of the 2025 Employee Handbook is attached hereto as **Exhibit D**.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing paragraphs are true and correct.

Dated: 12/29/2025

Middleport, New York

DocuSigned by:
Sara Augustus
B45518B8705E41F...

Sara Augustus