# EXHIBIT B

**Prospectus**

**This document constitutes part of a prospectus covering securities that the Company has registered under the Securities Act of 1933**

# OSCAR HEALTH, INC.

**22,060,987 Shares of Class A Common Stock, par value $0.00001 per share,
22,060,987 Shares of Class B Common Stock, par value $0.00001 per share,
Issuable under the 2021 Incentive Award Plan**

This Prospectus relates to 22,060,987 shares of Class A common stock and 22,060,987 shares of Class B common stock (together, the "Common Stock") of Oscar Health, Inc. (the "Company") which may be issued from time to time under the Company's 2021 Incentive Award Plan (the "Plan").

The Plan provides for the grant of stock options (both incentive stock options and non-qualified stock options), stock appreciation rights, restricted stock, restricted stock units and other stock or cash based awards to employees and service providers of the Company and its subsidiaries and members of the board of directors of the Company ("Directors"). Incentive stock options are intended to be "incentive stock options," as that term is defined in Section 422 of the Internal Revenue Code of 1986, as amended (together with the implementing regulations, the "Code"). The Company is the issuer of the Common Stock under the Plan. The outstanding Common Stock of the Company is listed on the New York Stock Exchange ("NYSE") under the ticker symbol "OSCR".

The main features of the Plan are summarized in this Prospectus. However, if there are any inconsistencies between this Prospectus and the Plan or the terms of any award, the Plan and the terms of the award will always control.

---

*Neither the Securities and Exchange Commission (the "SEC") nor any state securities commission has approved or disapproved these securities, or determined if this Prospectus is truthful or complete. Any representation to the contrary is a criminal offense.*

---

NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR TO MAKE ANY REPRESENTATIONS OTHER THAN THOSE CONTAINED IN THIS PROSPECTUS IN CONNECTION WITH THE OFFERING MADE HEREBY, AND IF GIVEN OR MADE, SUCH INFORMATION OR REPRESENTATIONS NOT CONTAINED HEREIN MUST NOT BE RELIED UPON AS HAVING BEEN AUTHORIZED BY THE COMPANY. THIS PROSPECTUS IS NOT AN OFFER TO SELL THESE SECURITIES AND IT IS NOT SOLICITING AN OFFER TO BUY THESE SECURITIES IN ANY STATE WHERE THE OFFER OR SALE IS NOT PERMITTED OR IN WHICH THE PERSON MAKING SUCH OFFER OR SOLICITATION IS NOT QUALIFIED TO DO SO OR TO ANYONE TO WHOM IT IS UNLAWFUL TO MAKE SUCH OFFER OR SOLICITATION. NEITHER THE DELIVERY OF THIS PROSPECTUS NOR ANY SALE MADE HEREUNDER SHALL UNDER ANY CIRCUMSTANCES CREATE AN IMPLICATION THAT THERE HAS BEEN NO CHANGE IN THE COMPANY'S AFFAIRS SINCE THE DATE OF THIS PROSPECTUS.

---

Individuals should rely only on the information contained in this document or that the Company has referred to them. The Company has not authorized anyone to provide information that is different. The Company is offering to sell, and seeking offers to buy, shares of Common Stock only in jurisdictions which permit offers and sales. The information contained in this Prospectus is accurate only as of the date of this Prospectus.

Copies of the Plan and additional information about the Plan can be obtained without charge upon written or oral request to: Oscar Health, Inc., 75 Varick Street, 5th Floor, New York, NY 10013, telephone number (646) 403-3677.

THE DATE OF THIS PROSPECTUS IS MARCH 3, 2021.

**TABLE OF CONTENTS**

| | Page |
|---|---|
| AVAILABLE INFORMATION | i |
| INCORPORATION OF CERTAIN DOCUMENTS BY REFERENCE | 1 |
| SUMMARY OF THE PLAN | 2 |
| FEDERAL INCOME TAX CONSEQUENCES ASSOCIATED WITH THE PLAN | 8 |

## AVAILABLE INFORMATION

The Company is subject to the reporting and information requirements of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), and in accordance therewith files periodic reports, proxy statements and other information with the SEC. The Company's SEC filings are available to the public from the SEC's web site at http://www.sec.gov. The Common Stock is listed on the NYSE under the ticker symbol "OSCR". Additional updating information with respect to the Common Stock may be provided in the future to participants by means of amendments and/or appendices to this Prospectus or delivery of other documents.

The Company has filed with the SEC a Registration Statement on Form S-8 (including all amendments thereto, the "Registration Statement") with respect to the securities offered hereby. This Prospectus does not contain all of the information set forth in the Registration Statement and the exhibits and schedules thereto. For further information about the Company and the securities offered hereby, reference is made to the Registration Statement and the exhibits thereto, which are available on the SEC's web site at http://www.sec.gov.

## INCORPORATION OF CERTAIN DOCUMENTS BY REFERENCE

The following documents, which the Company has filed with the SEC, are incorporated by reference in this Prospectus:

- The description of the Common Stock contained in the Company's registration statement on Form 8-A (Registration No. 001-40154), filed by the Company with the SEC under Section 12(b) of the Exchange Act, on March 3, 2021, including any amendments or reports filed for the purpose of updating such description; and

- The Company's prospectus filed with the SEC on March 2, 2021, including all amendments and exhibits thereto, pursuant to Rule 424(b) under the Securities Act of 1933, as amended (the "Securities Act"), relating to the Registration Statement on Form S-1 (File No. 333-252809).

The Company deems all documents filed by the Company pursuant to Section 13(a), 13(c), 14 or 15(d) of the Exchange Act after the date of this Prospectus and prior to the filing of a post-effective amendment which indicates that the Company has sold all securities offered or which deregisters all securities then remaining unsold to be incorporated by reference in this Prospectus. The Company deems all such documents to be a part of this Prospectus from the respective dates of filing such documents.

The Company further deems any statement contained in a document incorporated or deemed to be incorporated by reference in this Prospectus to be modified or superseded for the purposes of this Prospectus to the extent that a statement contained in this Prospectus or in any other subsequently filed document which also is or is deemed to be incorporated by reference in this Prospectus modifies or supersedes such statement. The Company will not deem any such statement so modified or superseded to constitute a part of this Prospectus except as so modified or superseded.

Unless expressly indicated, a Current Report on Form 8-K furnished to the SEC pursuant to Item 2.02 or Item 9.01 and any other information not deemed "filed" with the SEC shall not be incorporated by reference into this Prospectus.

The Company will provide copies of all documents which it has incorporated into this Prospectus by reference (not including the exhibits to such information, unless such exhibits are specifically incorporated by reference in such information) without charge to each person, including any beneficial owner, to whom the Company has delivered this Prospectus, upon a written or oral request. The Company will also provide copies of this Prospectus, as amended or supplemented from time to time, any other documents (or parts of documents) that constitute part of the Prospectus under Section 10(a) of the Securities Act, or which Rule 428(b) under the Securities Act requires the Company to deliver, and its Annual Report to Stockholders, without charge to each such person, upon written or oral request. Such persons should direct all requests to:

Oscar Health, Inc.
75 Varick Street, 5th Floor
New York, NY 10013
Tel.: (646) 403-3677

Documents incorporated by reference in this Prospectus are available to the public from the SEC's web site at http://www.sec.gov. Documents incorporated by reference in this Prospectus are also available from the Company's web site at https://www.hioscar.com/. Except for the specific incorporated documents listed in this section, no information available on or through our website shall be deemed to be incorporated in this Prospectus or the registration statement of which it forms a part. The Company's web address is included herein as an inactive textual reference only.

## SUMMARY OF THE PLAN

The purpose of the Plan is to enhance the Company's ability to attract, retain and motivate persons who make (or are expected to make) important contributions to the Company by providing these individuals with equity ownership opportunities and/or equity linked compensatory opportunities.

The Plan authorizes the grant to employees of the Company or its subsidiaries of options that are intended to qualify as "incentive stock options" under Section 422 of the Code. The Plan also authorizes discretionary grants of non-qualified stock options, stock appreciation rights, restricted stock, restricted stock units and other stock or cash based awards to eligible employees, consultants and Directors.

The Employee Retirement Income Security Act of 1974 does not govern the Plan. In addition, the Plan does not qualify under Section 401(a) of the Code.

Because this is a summary, it does not contain all the information that may be important to participants. To the extent any provision of this summary is inconsistent with the terms of the Plan, the Plan will prevail. Participants may obtain a copy of the Plan and additional information about the Plan, without charge, by written or oral request to the Company at:

Oscar Health, Inc.
75 Varick Street, 5th Floor
New York, NY 10013
Tel.: (646) 403-3677

### *Securities Subject to the Plan*

Under the terms of the Plan, the aggregate number of shares of Common Stock that may be issued pursuant to awards under the Plan is equal to the sum of (i) 20,583,681 shares of Common Stock, (ii) any shares of Common Stock which, as of the effective date of the Plan, are (a) available for issuance under the Company's Amended and Restated 2012 Stock Plan, as amended (the "Prior Plan") or (b) are subject to awards under the Prior Plan which, on or following the effective date of the Plan, expire, lapse or are terminated, exchanged for cash, surrendered, repurchased, canceled without having been fully exercised or forfeited (provided that the number of shares of Common Stock available pursuant to subclauses (a) and (b) will not exceed 42,695,077 shares of Common Stock) and (iii) an annual increase on the first day of each calendar year beginning on and including January 1, 2022 and ending on and including January 1, 2031, equal to the lesser of (A) a number of shares such that, following the annual increase, the available Plan share reserve equals 5% of the aggregate number of shares of Class A and Class B common stock outstanding on the final day of the immediately preceding calendar year and (B) such smaller number of shares as determined by the Company's board of directors (the "Board"). The Plan's share reserve may be issued as shares of the Company's Class A or Class B common stock as determined by the Administrator (as defined below) and to the extent such class of common stock exists from time to time. From and after the effective date of the Plan, no awards will be granted under the Prior Plan.

The shares of Common Stock issued under the Plan may be authorized but unissued shares, shares purchased on the open market or treasury shares. To the extent that all or any part of an award granted under the Plan expires, lapses or is terminated, exchanged for or settled in cash, surrendered, repurchased, canceled without having been fully exercised or forfeited, in any case, in a manner that results in the Company acquiring shares of Common Stock covered by the award at a price not greater than the price (as adjusted to reflect any Equity Restructuring (as defined below)) paid by the participant for such shares or not issuing any shares covered by the award, the unused shares covered by such award will, as applicable, become or again be available for award grants under the Plan. Additionally, to the extent that any shares subject to an award are delivered to satisfy the applicable exercise or purchase price of an award and/or to satisfy the tax withholding obligation with respect to any award, such shares covered will become or again be available for awards under the Plan. Shares of Common Stock issued pursuant to awards under the Plan in substitution for any outstanding awards of an entity acquired in connection with such entity's merger or consolidation with the Company or the Company's acquisition of such entity's property or stock will not be counted against the shares available for issuance under the Plan, except that shares of Common Stock acquired by exercise of substitute incentive stock options will count against the maximum number of shares that may be issued pursuant to the exercise of incentive stock options under the Plan. The payment of dividend equivalents in cash in conjunction with any outstanding awards under the Plan shall not count against the overall share limit.

In addition, any shares (i) subject to a stock appreciation right that are not issued in connection with the stock settlement of the stock appreciation right upon exercise thereof and (ii) purchased on the open market with the cash proceeds from the exercise of stock options will, as applicable, be counted against the share limit under the Plan and will not be used again for new grants.

In the event that a company acquired by the Company or any subsidiary or with which the Company or any subsidiary combines has shares available under a pre-existing plan approved by stockholders and not adopted in contemplation of such acquisition or combination, the shares available for grant pursuant to the terms of such pre-existing plan (as adjusted, to the extent appropriate, using the exchange ratio or other adjustment or valuation ratio or formula used in such acquisition or combination to determine the consideration payable to the holders of common stock of the entities party to such acquisition or combination) may be used for awards under the Plan and shall not reduce the shares authorized for grant under the Plan (and shares subject to such awards shall not be added to the shares available for awards under the Plan as provided above); provided that awards using such available shares shall not be made after the date awards could have been made under the terms of the pre-existing plan, absent the acquisition or combination, and shall only be made to individuals who were not employees, consultants or Directors prior to such acquisition or combination.

Commencing with calendar year 2022, the sum of any cash compensation, or other compensation, and the value of awards granted to any non-employee Director as compensation for services as a non-employee Director during any fiscal year may not exceed $750,000, increased to $1,000,000 in the fiscal year of a non-employee Director's initial service as a non-employee Director (the "Director Limit"), which limit shall not apply to the compensation for any non-employee Director who serves in any additional capacity for which he or she receives additional compensation.

***Administration of the Plan***

The Plan will be administered by the Board or a committee or subcommittee of the Board or a committee of officers of the Company or any of its subsidiaries to the extent the Board's powers or authority under the Plan have been delegated to such committee or subcommittee, which may include one or more Directors or Company officers to the extent applicable laws permit (collectively, the "Administrator"). Except with respect to awards granted to Directors, administration of the Plan has been delegated to the Compensation Committee of the Board.

The Administrator will have the authority to determine the individuals who receive awards under the Plan, grant awards under the Plan, set the terms and conditions of awards granted under the Plan, take all actions and make all determinations under the Plan, interpret the Plan and any award agreement, adopt, amend and repeal administrative rules, guidelines and practices as the Administrator deems advisable, and correct defects and ambiguities, supply omissions and reconcile inconsistencies in the Plan or in any award granted under the Plan as the Administrator deems necessary or appropriate to administer the Plan and any awards granted under the Plan.

***Eligibility***

Persons eligible to participate in the Plan include all non-employee Directors, as well as employees and consultants of the Company and its subsidiaries, as determined by the Administrator.

***Stock Options***

Stock options, including incentive stock options (as defined under Section 422 of the Code) and non-qualified stock options may be granted pursuant to the Plan. The exercise price of incentive stock options and non-qualified stock options granted pursuant to the Plan will not be less than 100% of the fair market value of the Common Stock on the date of grant, except that the exercise price of incentive stock options granted to any individual who owns, as of the date of grant, stock possessing more than 10% of the total combined voting power of all classes of Company stock (a "Ten Percent Owner") will not be less than 110% of the fair market value of the Common Stock on the date of grant. Incentive stock options and non-qualified stock options may be exercised at such times as determined by the Administrator, but in no event after the fifth anniversary of the date of grant with respect to incentive stock options granted to a Ten Percent Owner or the tenth anniversary of the date of grant with respect to incentive stock options granted to other employees and non-qualified stock options granted to other employees or to non-employee Directors or consultants. The Administrator may determine the vesting schedule applicable to stock options based upon any service and performance criteria and can accelerate the vesting schedule of options at any time. However, no portion of an option unexercisable at a holder's termination of service will become exercisable thereafter, except as may be otherwise provided by the Administrator either in the award agreement or by action following the grant.

Upon the exercise of a stock option, the exercise price must be paid in full in cash, wire transfer or by check or, subject to any applicable lock-up period, Company insider trading policy and applicable laws, by (i) if there is a public market for the shares at the time of exercise, unless the Administrator otherwise determines, (A) delivery of an irrevocable and unconditional undertaking by a broker to deliver promptly to the Company sufficient funds to pay the exercise price or (B) the participant's delivery to the Company of a copy of irrevocable and unconditional instructions to a broker to deliver promptly to the Company cash or a check sufficient to pay the exercise

price; (ii) delivery of shares of Common Stock owned by the participant valued at their then fair market value, surrendering of shares of Common Stock then issuable upon exercise of the option valued at their fair market value on the exercise date, or delivery of a promissory note or any other property that the Administrator determines is good and valuable consideration; or (iii) any combination of the above.

No more than 100,000,000 shares of Common Stock may be issued pursuant to the exercise of incentive stock options, any or all of which may be granted with respect to shares of the Company's Class A or Class B common stock.

***Restricted Stock***

Restricted stock awards, or the right to purchase restricted stock awards, may be granted pursuant to the Plan. A restricted stock award is the grant of shares of Common Stock, subject to certain vesting conditions and other restrictions (including restrictions on transfer, voting rights and/or the Company's right to repurchase all or part of such shares if certain conditions specified by the Administrator in an award agreement are not satisfied before the end of the applicable restriction period). Unless otherwise determined by the Administrator, holders of restricted stock will have the right to receive all ordinary cash dividends and distributions paid with respect to their shares. If any dividends or distributions are paid in shares of Common Stock or property other than an ordinary cash dividend, the shares or other property will be subject to the same restrictions on transferability and forfeitability as the shares of restricted stock with respect to which they were paid. During the period of restrictions, participants holding shares of restricted stock may have full voting rights with respect to such shares.

The conditions to which restricted stock is subject may be based on continuing employment or service or the holder's or Company's achieving performance goals. Upon termination of such service or employment or the failure to attain applicable performance goals, the holder must forfeit unvested shares and the Company may cancel them without consideration.

***Restricted Stock Units***

Restricted stock units may be granted pursuant to the Plan. A restricted stock unit is an unfunded, unsecured right to receive, on the applicable settlement date, one share of Common Stock or an amount in cash or other consideration of equal value, as determined by the Administrator, subject to vesting conditions, which may include continued employment or service, or the achievement of performance criteria established by the Administrator. Unlike restricted stock, stock underlying restricted stock units will not be issued until the restricted stock units have vested (or until such other later time as the Administrator may determine or may permit in accordance with applicable law), and recipients of restricted stock units generally will have no voting or dividend rights prior to the time when shares of Common Stock are delivered in settlement of the restricted stock units. However, dividend equivalents may be granted in tandem with restricted stock units, as discussed further below.

***Stock Appreciation Rights (SARs)***

A SAR is the right to receive payment of an amount equal to (i) the excess, if any, of (A) the fair market value of a share of Common Stock on the date of exercise of the SAR over (B) the exercise price per share of the SAR, multiplied by (ii) the aggregate number of shares of Common Stock subject to the SAR. The exercise price of a SAR will not be less than 100% of the fair market value of the Common Stock on the date of grant.

The payment upon exercise of a SAR will be in the form of cash, Common Stock or a combination of cash and Common Stock, as determined by the Administrator. The Administrator will establish in an award agreement the time or times at which a SAR may be exercised, provided that the term of a SAR will not exceed ten years.

***Other Stock or Cash Based Awards***

Other stock or cash based awards are awards of cash, fully vested shares of Common Stock and other awards valued wholly or partially by referring to, or otherwise based on, shares of Common Stock or other property. Other stock or cash based awards may be granted to participants and will also be available as a payment form in the settlement of other awards under the Plan, as standalone payments and as payment in lieu of compensation otherwise payable to any individual who is eligible to receive awards under the Plan. Subject to the provisions of the Plan, the Administrator will determine the terms and conditions of other stock or cash based awards, including any purchase price, performance goal (which may be based on performance criteria selected by the

Administrator for an award over a performance period), transfer restrictions and vesting conditions.

***Dividend Equivalents***

If the Administrator so provides, a restricted stock unit award or an other stock or cash based award may provide a participant with the right to receive dividend equivalents. Dividend equivalents are rights to receive the equivalent value (in cash or Common Stock) of dividends paid on shares of Common Stock. Dividend equivalents represent the value of the dividends per share of Common Stock paid by the Company, calculated with reference to the number of shares that are subject to any award held by the participant. Dividend equivalents may be paid currently or credited to an account for the participant, settled in cash or shares and subject to the same restrictions on transferability and forfeitability as the award with respect to which the dividend equivalents are granted and subject to other terms and conditions as set forth in the applicable award agreement. No dividend equivalents are payable with respect to Common Stock subject to options or SARs.

***Rights as a Stockholder***

A participant in the Plan will not have any rights as a stockholder as to the shares of Common Stock covered by an award until becoming the record holder of such shares of Common Stock.

***No Right to Remain a Service Provider***

No person will have any claim or right to be granted an award under the Plan and the grant of an award will not give the holder any right to continued employment or any other relationship with the Company and will not interfere with or restrict in any way the Company's right to discharge any holder of an award at any time.

***Transferability of Awards***

Except as otherwise determined by the Administrator, (i) awards may not be sold, assigned, transferred, pledged or otherwise encumbered, either voluntarily or by operation of law, other than (A) by will or the laws of descent and distribution or (B) subject to the Administrator's consent, pursuant to a domestic relations order, and (ii) during the life of the participant, awards will be exercisable only by the participant.

The Administrator may provide in any award agreement or otherwise that an award may be transferred to certain authorized transferees of the participant that the Administrator specifically approves, subject to the terms and conditions applicable to such award and applicable law. Any permitted transfer of an award will be without consideration, except as required by applicable law.

***Adjustment of Securities***

In connection with any nonreciprocal transaction between the Company and its stockholders, such as a stock dividend, stock split, spin-off or recapitalization through a large, nonrecurring cash dividend that affects the number or kind of shares of Common Stock (or other securities of the Company) or the share price of Common Stock (or other securities of the Company) and causes a change in the per share value of the Common Stock underlying outstanding awards (collectively, an "Equity Restructuring"), the Administrator will equitably adjust each outstanding award under the Plan as it deems appropriate to reflect the Equity Restructuring, which may include adjusting the number and type of securities subject to each outstanding award and/or the exercise price or grant price (if applicable) of such outstanding award, granting new awards and making a cash payment to participants.

***Effect of Certain Transactions or Events***

If there is any dividend or other distribution (whether in the form of cash, Common Stock, other securities or other property), reorganization, merger, consolidation, combination, amalgamation, repurchase, recapitalization, liquidation, dissolution, or sale, transfer, exchange or other disposition of all or substantially all of the assets of the Company, or sale or exchange of Common Stock or other securities of the Company, change in control, issuance of warrants or other rights to purchase Common Stock or other securities of the Company, other similar corporate transaction or event, other unusual or nonrecurring transaction or event affecting the Company or its financial statements or any change in any applicable laws or accounting principles, the Administrator may in its discretion and on such terms and conditions as it deems appropriate (except that action to give effect to a change in applicable law or accounting principles may be made within a reasonable period of time after such change) take any one or more of the following actions in order to prevent dilution or enlargement of the benefits or potential benefits intended to be available under the Plan or with respect to an award under the Plan, to facilitate such transaction or event or to give effect to such changes in laws or principles:

- provide for the cancellation of any award in exchange for an amount of cash or other property with a value equal to the amount that could have been obtained upon the exercise or settlement of the vested portion of such award or realization of the participant's rights thereunder;

- provide that any award will vest and, to the extent applicable, be exercisable as to all shares of Common Stock covered thereby;
- provide that any successor or surviving corporation (or parent or subsidiary thereof) will assume awards outstanding under the Plan or will substitute similar awards for those outstanding under the Plan, with appropriate adjustments to the number and kind of shares and/or the applicable exercise or purchase price of such awards;
- make adjustments (i) in the number and type of shares of Common Stock (or other securities or property) subject to outstanding awards, (ii) with respect to which awards may be granted under the Plan (including, but not limited to, adjustment of the limitations on the maximum number and kind of shares which may be issued), (iii) in the number and type of shares of Common Stock (or other securities or property) with respect to which awards may be granted under the Plan and/or (iv) to the terms and conditions of (including the grant or exercise price), and the criteria included in, outstanding awards under the Plan;
- provide for the replacement of any award with other rights or property selected by the Administrator; and/or
- provide that any outstanding award will terminate and cannot vest, be exercised, or become payable after such event.

In the event of a change in control, if outstanding awards are not assumed or equivalent awards are substituted by the successor corporation or a parent or subsidiary of the successor corporation, and provided that the participant has not had a termination of service, then, immediately prior to such change in control, outstanding awards will become fully vested and exercisable immediately prior to the consummation of such transaction and all forfeiture restrictions on such awards will lapse, and each such award will terminate upon the occurrence of such change in control. The Administrator will determine whether an assumption of an award has occurred in connection with a change in control.

Neither the existence of the Plan, any award agreement nor any award granted under the Plan will restrict or otherwise affect the ability of the Company to make or authorize (A) any adjustment, recapitalization, reorganization or other change in the Company's capital structure or its business; (B) any merger, consolidation, dissolution or liquidation of the Company or sale of Company assets; or (C) any sale or issuance of securities, including securities with rights superior to those of the shares of Common Stock or securities convertible into or exchangeable for shares of Common Stock.

***Tax Withholding***

Each participant must pay the Company, or make provision satisfactory to the Administrator for payment of, any taxes required to be withheld with respect to any award granted to the participant. The Company may deduct an amount sufficient to satisfy such tax obligations based on the applicable withholding rates from any payment of any kind otherwise due to a participant, including, allowing the participant to satisfy such obligations (i) in cash, by wire transfer of immediately available funds, or by check, (ii) to the extent permitted by the Administrator, by delivery of shares, including shares delivered by attestation and shares retained from the award creating the tax obligation, (iii) if there is a public market for the shares at the time the tax obligations are satisfied, unless the Administrator otherwise determines, (A) delivery of an irrevocable and unconditional undertaking by a broker to deliver promptly to the Company sufficient funds to satisfy the tax obligations or (B) the participant's delivery to the Company of a copy of irrevocable and unconditional instructions to a broker to deliver promptly to the Company cash or a check sufficient to satisfy the tax withholding, or (iv) to the extent permitted by the Administrator, any combination of the above, in each case, subject to any applicable lock-up period and Company insider trading policy, or as otherwise provided in the applicable award agreement. In the absence of a contrary determination by the Administrator, or in certain situations with respect to awards held by individuals subject to Section 16 of the Exchange Act, all tax withholding obligations will be calculated based on the minimum applicable statutory withholding rates.

***Amendment, Modification and Termination of the Plan***

The Administrator may amend, suspend or terminate the Plan at any time; *provided*, *however*, that no amendment, other than to increase the limit on the maximum number of shares of Common Stock available for issuance under the Plan, may materially and adversely affect any award outstanding under the Plan without the affected participant's consent. The Board will obtain stockholder approval of any Plan amendment to the extent necessary to comply with applicable laws.

The Plan will remain in effect until March 2, 2031.

***Clawback***

All awards granted under the Plan (including, without limitation, any proceeds, gains or other economic benefit actually or constructively received by the holder of an award upon receipt or exercise of any award or upon the receipt or resale of any shares of Common Stock underlying an award) will be subject to the provisions of any claw-back policy implemented by the Company, including, without limitation, any clawback policy adopted in order to comply with the requirements of applicable law, including the Dodd-Frank Wall Street Reform and Consumer Protection Act and any rules or regulations promulgated thereunder, as set forth in such claw-back policy or the applicable award agreement.

***Repricing***

The Administrator will have the authority, without the approval of the Company's stockholders, to amend any outstanding option or SAR to reduce its exercise price per share or cancel any option or SAR in exchange for cash, other award or option or SAR with an exercise price per share that is less than the exercise price per share of the original option or SAR.

***Additional Terms and Conditions***

Each award will be evidenced by an award agreement containing such terms and conditions as the Administrator determines, which may be in addition to the terms and conditions of the Plan. To the extent applicable laws permit, all award agreements will be deemed amended as necessary to conform to applicable laws. Payments with respect to any award will be made in cash, in stock or a combination of both, as determined by the Administrator.

***Resale Restrictions***

Subject to the Company's policy against trading on the basis of insider information, persons who are not deemed to be "affiliates" of the Company, as that term is defined in Rule 144 under the Securities Act ("Rule 144"), may generally resell, from time to time, any shares they acquire under the Plan. Persons who are affiliates of the Company may generally resell shares acquired under the Plan only (i) in accordance with the provisions of Rule 144 or some other exemption from registration under the Securities Act, or (ii) pursuant to an effective registration statement on such form as may be applicable. "Affiliates" of the Company cannot use this Prospectus for reoffers or resales of shares of Common Stock acquired under the Plan. Certain officers and all Directors of the Company will generally be deemed to be affiliates of the Company under Rule 144. If the participant is an officer or a member of the Board, such participant should consult with an attorney prior to transacting in any of the Company's equity securities, including any option or other right to purchase or sell any of the Company's equity securities.

## FEDERAL INCOME TAX CONSEQUENCES ASSOCIATED WITH THE PLAN

The following is a general summary under current law of the material United States federal income tax consequences to participants in the Plan. This summary deals with the general tax principles that apply and is provided only for general information. Some kinds of taxes, such as foreign taxes and state and local income taxes, are not discussed. Tax laws are complex and subject to change and may vary depending on individual circumstances and from locality to locality. The summary does not discuss all aspects of income taxation that may be relevant to participants in light of their personal investment circumstances. This summarized tax information is not tax advice.

### *Section 409A of the Code*

Certain types of awards under the Plan, such as restricted stock units, may constitute, or provide for, a deferral of compensation subject to Section 409A of the Code ("Section 409A"). Unless certain requirements set forth in Section 409A are complied with, holders of such awards may be taxed earlier than would otherwise be the case (*e.g.*, at the time of vesting instead of the time of payment) and may be subject to an additional 20% penalty tax (and, potentially, certain interest penalties). To the extent applicable, the Plan and awards granted under the Plan are intended to be structured and interpreted to comply with Section 409A and the Department of Treasury regulations and other interpretive guidance that may be issued under Section 409A. To the extent determined necessary or appropriate by the Administrator, the Plan and applicable award agreements may be amended to exempt the applicable awards from Section 409A or to comply with Section 409A.

### *Non-Qualified Stock Options*

For federal income tax purposes, if participants are granted non-qualified stock options under the Plan, participants generally will not have taxable income on the grant of the option, nor will the Company be entitled to any deduction. Generally, on exercise of non-qualified stock options, participants will recognize ordinary income, and the Company will be entitled to a deduction, in an amount equal to the difference between the option exercise price and the fair market value of the Common Stock on the date of exercise. The basis that participants have in shares of Common Stock, for purposes of determining their gain or loss on subsequent disposition of such shares of Common Stock, generally will be the fair market value of the shares of Common Stock on the date the participants exercise their options. Any subsequent gain or loss will be generally taxable as capital gains or losses.

### *Incentive Stock Options*

There is no taxable income to participants when participants are granted an incentive stock option or, as long as holding requirements are met, when that option is exercised. However, the amount by which the fair market value of the shares of Common Stock at the time of exercise exceeds the option price will be an "item of adjustment" for participants for purposes of the alternative minimum tax. Gain realized by participants on the sale of shares underlying an incentive stock option is taxable at capital gains rates, and no tax deduction is available to the Company, unless participants dispose of the shares of Common Stock within (i) two years after the date of grant of the option or (ii) within one year of the date the shares of Common Stock were transferred to the participant. If the shares of Common Stock are sold or otherwise disposed of before the end of the one-year and two-year periods specified above, the difference between the option exercise price and the fair market value of the shares of Common Stock on the date of the option's exercise (or the date of sale, if less) will be taxed at ordinary income rates, and the Company will be entitled to a deduction to the extent that participants must recognize ordinary income. If such a sale or disposition takes place in the year in which participants exercise their options, the income such participants recognize upon sale or disposition of the shares of Common Stock will not be considered income for alternative minimum tax purposes.

Incentive stock options exercised more than three months after a participant terminates employment, other than by reason of death or disability, will be taxed as a non-qualified stock option, and the participant will have been deemed to have received income on the exercise taxable at ordinary income rates. The Company will be entitled to a tax deduction equal to the ordinary income, if any, realized by the participant.

### *Restricted Stock*

For federal income tax purposes, the participant generally will not have taxable income on the grant of restricted stock, nor will the Company then be entitled to any deduction, unless the participant makes a valid election under Section 83(b) of the Code. However, when restrictions on shares of restricted stock lapse, such that the shares are no longer subject to a substantial risk of forfeiture, the participant generally will recognize ordinary income, and the Company will be entitled to a corresponding deduction, for an amount equal to the difference between the fair market value of the shares at the date such restrictions lapse over the purchase price for the restricted stock.

If a participant makes an election under Section 83(b) of the Code, such participant is required to deliver a copy of such election to the Company promptly after filing such election with the Internal Revenue Service.

***Restricted Stock Units***

The participant generally will not realize taxable income at the time of the grant of the restricted stock units, and the Company will not be entitled to a deduction at that time. When an award is paid, whether in cash or Common Stock, the participant will have ordinary income, and the Company will be entitled to a corresponding deduction. Restricted stock units may be subject to Section 409A, and the failure of any restricted stock unit that is subject to Section 409A to comply with Section 409A may result in taxable income to the participant upon vesting (rather than at such time as the award is paid). Furthermore, an additional 20% penalty tax may be imposed under Section 409A, and certain interest penalties may apply.

***Stock Appreciation Rights***

No taxable income is realized upon the receipt of a SAR, but upon exercise of the SAR, the fair market value of the shares of Common Stock received, determined on the date of exercise of the SAR, or the amount of cash received in lieu of shares, must be treated as compensation taxable as ordinary income to the participant in the year of such exercise. The Company will be entitled to a deduction for compensation paid in the same amount which the participant realized as ordinary income.

***Other Stock or Cash Based Awards***

If the participant receives an other stock or cash based award, he or she generally will realize taxable income on the date of payment/grant, and the Company will have a deduction in the same amount.

***Dividend Equivalents***

The participant generally will not realize taxable income at the time of the grant of the dividend equivalents, and the Company will not be entitled to a deduction at that time. When a dividend equivalent is paid, the participant will recognize ordinary income, and the Company will be entitled to a corresponding deduction.

***Other Tax Consequences***

The Company recommends that participants consult their personal tax advisors with respect to the federal, foreign (if applicable), state and local tax aspects of option grants, option exercises and any subsequent dispositions of Common Stock acquired under the Plan.