# EXHIBIT D

oscar

# Employee Handbook

2025



**Introduction & Welcome** 5
Our Mission & Values 6
**Workplace Commitments** 7
Equal Employment Opportunity 7
Open Door Policy 7
Harassment and Discrimination Prevention 8
Definitions 8
Sexual Harassment 9
Other Types of Harassment 9
Workplace Bullying & Organizational Culture 10
Complaint Procedure 10
Non-Retaliation and Non-Intimidation 13
Accommodation for Victims of Domestic Violence, Sexual Assault or Stalking 13
Reproductive Health Decision Making 14
Weather Disruptions + Office Closure 15
Religious Observances and Practices 15
Restroom Use 16
Internal Mobility and Transfer 16
Employment Eligibility 17
Background Check 17
Medicare Screening Background Check 17
Employment Verification & Reference Inquiries 18
Personnel Records 18
Business Ethics 19
Prohibited Conduct 19
Job Performance 20
Oscar Training 21
Dress Code and Grooming 22
Physical Property and Visitor Sign-In 22
Political Activities 22
Employee Social Media Use 23
Communications Policy 25
Solicitation in the Workplace 26
Disciplinary Action 26
**Work Environment & Safety** 27
Hybrid + Remote Work 27
Interpersonal Relationships Policy 28
Digital Security and Appropriate Use of Company Resources 29

Domestic & International Remote Work 31
Travel and Expense Reimbursement 33
Risk Event Reporting 33
Health & Safety 33
Workers' Compensation 34
Environmental Protection 35
Workplace Violence 35
Drug & Alcohol Policy 36
Investigations & Duty to Cooperate 38
**Compensation & Benefits 38**
Employment Classification 38
Exempt & Non-Exempt 38
Timekeeping Procedures 39
Non-Exempt Pay during Oscar Events 40
Service with Oscar 40
Compensation 40
Discussion of Wages 40
Overtime 41
Meal and Rest Breaks 41
State Mandated Meal Breaks 42
Voluntary Time Off (VTO) 45
Lactation Accommodations 45
Other Accommodations Related to Pregnancy or Childbirth 46
Pay Schedule 46
Paycheck Deductions 47
Bilingual Compensation 47
Benefits 48
Benefits Continuation (COBRA) 48
401(K) 48
Vacation Time 48
Paid Sick and Safe Time 51
COVID-Related Time Off 53
Wellness Days 53
Holidays 53
Floating Holiday 54
Reproductive Loss Leave 55
Bereavement 56
Jury Duty 57
Voting Time 57

Employee Resource Group (ERG) Time 58
**Leaves of Absence** **58**
Parental Leave 59
Personal Leave of Absence 61
Family and Medical Leave Policy 62
Reporting Absences for Intermittent Leave 66
Recertification After Grant of Leave 67
Operation of Leaves 67
Military Leave 67
Americans with Disabilities Act (ADA) 67
Short Term Disability (STD) 68
Discontinuation of Benefits 68
Long Term Disability (LTD) 68
Family Leave Insurance - California 69
New York Paid Prenatal Personal Leave 69
New York Paid Family Leave Benefits 69
Additional State Specific Leaves 69
Employee Benefits While on Leave 70
Applying Vacation Time to Certain Leaves 70
Sabbatical Leave 70
**Departing Oscar** **71**
Resignation 71
Termination & Reductions in Workforce 72
Recoupment and Clawbacks 72
Unemployment Benefits 72
Rehire Policy 73
**Disclaimer** **73**

# Introduction & Welcome

Welcome to Oscar. Thank you for joining us.

Oscar was founded in 2012 to make a healthier life accessible and affordable for all. Over a decade later, we are motivated by the same mission. We continue to play a forceful role in growing the individual market – helping more people than ever access healthcare that meets their needs.

Our consumer-centric, tech-enabled model has always made Oscar stand out in an industry ripe for change. Our key differentiator, however, is our team. We are powered by an exceptional group of people who bring their unique backgrounds, experiences, and talents to work each day. The Oscar team works every day to prove that an exceptional healthcare experience is not only possible, it is what consumers deserve and need to live healthier lives.

You are joining Oscar at a pivotal moment in our history. Our accomplishments over the last decade are just the beginning of the journey. Oscar is building the individual market of the future — a market that reorients healthcare around individuals and families, gives greater choice and buying power, and grows with people at every stage of life. We have an ambitious road ahead of us, and you have the opportunity to shape our next phase of growth.

On my first day at Oscar, I told the team we were the only company that could make great healthcare a reality for every American. Today, I am even more confident Oscar will revolutionize the way consumers choose and engage with their healthcare.

Oscar's employee handbook is designed to help you understand our policies and expectations. Please take the time to review it and refer to it as needed. If you have any questions, please talk to your manager or the People Team.

I wish you a long and rewarding career at Oscar. Thank you for joining us on this journey.

**mark**
Chief Executive Officer

Hi, we're Oscar.

**We are making a healthier life accessible and affordable for all.**

Oscar Health is a leading healthcare technology company whose mission is to make a healthier life accessible and affordable for all. We started Oscar in 2012 to create the kind of health insurance company we would want for ourselves—one that behaves like a doctor in the family.

We believe every American deserves access to affordable, high-quality healthcare that fits their needs.

Powered by our differentiated full stack technology platform, we have built a suite of services that enable us to earn member and provider trust, leverage the power of personalized data, and help individuals find quality care they can afford. We are proud to have earned industry-leading levels of trust, engagement, and customer satisfaction from ~1.5M members who have chosen Oscar.

Today, Oscar is a team of more than 2,000 talented, experienced and mission-driven individuals from the halls of technology, healthcare, financial services, design, data, and more. Together, we are building healthcare the way it should work and are bringing our innovative model – made up of Oscar Insurance, +Oscar, and ICHRA — to more people across the country.

As we continue to bring the Oscar experience to new members, new states, and new markets, our goal will remain the same: helping people take charge of their health like never before — *their* way, through our technology.

## Our Mission & Values

Oscar's mission and values drive everything we do:

Our Mission: To make a healthier life accessible and affordable for all.

Our Values:

1. **What we do is a big * deal**. We're solving problems that change and save lives. Respect the rules, but fight for better ones. Struggle is an inevitable part of the journey. We're here to win.
2. **Powered by people**. Members above all. Machines augment us, they don't replace us. Differences strengthen us. Developing and growing others is what raises the bar.
3. **Seek the truth…** but never assume you've found it. Be scientific. Don't simply believe what you're told. Conventional wisdom is always conventional but not always wise.

4. **No genius without grit.** Be relentless. Be scrappy. Bust your ass without being an ass. Trying and failing beats not trying and changing nothing.
5. **Inspire and provoke.** Develop and display leadership at all levels. Never stop being an individual contributor. Lead others by inspiring with your craft. Fight to be the best.
6. **Be transparent.** Give and ask for direct feedback. Be grateful for and excited by the help of others. Don't talk about people behind their backs. Publish, even when it hurts.
7. **Make it right.** Admit your mistakes. Then learn from them. Teach us what you've learned. Use what you make. Never build alone.

# Workplace Commitments

## Equal Employment Opportunity

Oscar provides equal employment opportunities (EEO) to all employees, applicants for employment, individuals providing services in the workplace pursuant to a contract or volunteers, without regard to actual or perceived: race (including traits historically associated with race, such as hair texture and protected hairstyles), color, religion, religious creed, sex and gender (including pregnancy, childbirth, lactation and related medical conditions), gender identity and gender expression (including transgender individuals, regardless of transition status), national origin, ancestry, citizenship, immigration status, age, height, weight, physical or mental disability, medical condition, genetics, reproductive health decision making, marital status (including registered domestic partnership status), family responsibilities, sexual orientation, domestic violence victim status, Civil Air Patrol status, or military and veteran status. In addition to federal law requirements, Oscar complies with applicable state and local laws governing nondiscrimination in employment in every jurisdiction in which the Company employs employees. This policy applies to all terms and conditions of employment, including recruiting, hiring, placement, promotion, termination, layoff, recall, transfer, leaves of absence, compensation and training.

The Company will not tolerate discrimination or harassment based upon these protected characteristics or any other characteristic protected by applicable federal, state or local law. Our commitment to equal opportunity employment applies to all persons involved in our operations and prohibits unlawful discrimination and harassment by any employee, including managers and co-workers.

## Open Door Policy

Oscar is committed to creating the best possible work environment - a place where everyone's voice is heard, where issues are promptly raised and resolved, and where communication flows across all levels of the Company. Openness is essential to quickly resolving employee

concerns, to recognizing business issues as they arise, and to addressing the changing needs of our diverse and national workforce.

The essence of Oscar's Open Door Policy is open communication in an environment of trust and mutual respect that creates a solid foundation for collaboration, growth, high performance and success across Oscar.

This policy helps to create and advance a work environment where:

- Open, honest communication between managers and employees is a standard day-to-day business practice.
- Employees may seek counsel, provide or solicit feedback, or raise concerns within the Company.
- Managers hold the responsibility for creating a work environment where employees' input is welcome, advice is freely given, and issues are surfaced early and are candidly shared without the fear of retaliation when this input is shared in good faith.
- Employees are encouraged to build and enhance a relationship-based culture stressing connectivity, communication, collaboration and feedback.

If an employee has a question or wishes to discuss a possible violation, they should first discuss it with those in their management chain. If the employee is not comfortable with that approach for any reason, or if no action is taken, please contact the People Team.

## Harassment and Discrimination Prevention

It is Oscar's policy to provide a work environment free of all forms of unlawful harassment. To that end, harassment and discrimination based on any protected characteristic of Oscar's employees, applicants, interns, or volunteers by management, supervisors, coworkers, or non-employees who are in the workplace is absolutely prohibited.

## Definitions

Discrimination:

- To refuse to hire or employ a person, to discharge a person from employment, or to treat a person differently in compensation, promotion, advancement or other terms, conditions or privileges of employment based upon the person's membership in a protected class.

Harassment:

- Unwelcome conduct based on an employee's membership in a protected class, which is unlawful when enduring the offensive conduct becomes a condition of continued

employment or where the conduct is severe or pervasive enough to create a work environment that a reasonable person would consider intimidating, hostile, or abusive.

## Sexual Harassment

Sexual harassment occurs when unsolicited and unwelcome sexual advances or propositions, requests for sexual favors, or other verbal or physical conduct of a sexual nature is made explicitly or implicitly a term or condition of employment, is used as a basis for an employment decision, and/or unreasonably interferes with an employee's work performance or creates an intimidating, hostile or otherwise offensive environment. Sexual harassment also includes various forms of offensive behavior based on sex and includes gender-based harassment of a person of the same sex as the harasser. Some examples are: unwanted sexual advances; offering employment benefits in exchange for sexual favors; making or threatening reprisals after a negative response to sexual advances; leering; making sexual gestures; displaying sexually suggestive objects or pictures, cartoons, posters, websites, emails or text messages; making or using derogatory comments, epithets, slurs, sexually explicit jokes; making comments about a person's body or dress; verbal abuse of a sexual nature; using sexually degrading words to describe an individual; sending, sharing or displaying suggestive or obscene letters, notes or invitations; touching, assault, and impeding or blocking movements; hostile actions taken against an individual because of that individual's sex, sexual orientation, gender identity or the status of being transgender, such as interfering with, destroying or damaging a person's workstation, tools, equipment, or otherwise interfering with the individual's ability to perform the job; sabotaging an individual's work; and bullying, yelling, and name-calling; and retaliating against an individual for making reports or threatening to report sexual harassment.

Sexual harassment can occur regardless of the gender of the person committing it or the person exposed to it. Harassment on the basis of an individual's sexual orientation, gender expression, perceived gender, or transgender status are all forms of prohibited sexual harassment.

All Oscar employees are required to complete a mandatory training session concerning sexual harassment on an annual basis.

## Other Types of Harassment

Other types of harassment include, but are not limited to: threats, epithets, derogatory comments or slurs based on an individual's protected status; derogatory posters, photographs, cartoons, drawings or gestures based on protected status; and assault, unwanted touching or blocking normal movement because of an individual's protected status.

Sexual and other unlawful harassment is a violation of Title VII of the Civil Rights Act of 1964 (Title VII), as amended, and state and local laws. Oscar strictly prohibits sexual harassment or other harassment based on a characteristic protected by law, including, but not limited to, actual or perceived race (including traits historically associated with race, such as hair texture and protected hairstyles), religious creed, color, national origin, ancestry, physical or mental disability, medical condition, genetic information, marital status (including registered domestic partnership status), sex and gender (including pregnancy, childbirth, lactation and related

medical conditions), gender identity and gender expression (including transgender individuals, regardless of transition status), age (40 or over), sexual orientation, Civil Air Patrol status, military and veteran status, immigration status or any other consideration protected by federal, state or local law.

## Workplace Bullying & Organizational Culture

Oscar expects all employees to foster open, respectful communications and mutual respect in working relationships. It is expected that the Company and persons in the workplace perform their jobs productively as assigned, give and receive respectful feedback which propels the quality of work, and refrain from any workplace bullying or cultural misconduct.

Workplace bullying is defined as repeated, unwelcome, and unreasonable conduct directed towards one or more individuals which intimidates, creates an environment out of alignment with company values, and/or shows a lack of consideration for the health and well-being of the individual(s). Workplace bullying often involves an abuse or misuse of power; however, bullies come in many forms, from colleagues to managers, and even clients and vendors.

Examples of workplace bullying can include but are not limited to:

- Intentionally spreading gossip, false information, or rumors.
- Public humiliation, that hinders collaboration and a healthy spirit of debate causing a lack of productivity.
- Telling offensive or inappropriate jokes that intentionally or unintentionally causes upset or provokes discomfort.
- Invading others' privacy.
- Public reprimands
- Excluding individuals from work related meetings and/or social events.
- Humiliating, offensive, shaming, or threatening messages/comments/photos via email, social media, or Slack.
- Deliberate secrecy: Purposefully excluding an employee or deliberately withholding information (or giving the wrong information) in an effort to sabotage another party.
- Malicious, derogatory remarks, insults, epithets, physical conduct, and/or yelling that a reasonable person would find threatening, intimidating, humiliating, repetitive, or excessively aggressive.
- The gratuitous sabotage, theft, or undermining of a person's work performance/efforts.

## Complaint Procedure

Individuals who observe conduct that may violate Oscar's anti-harassment policy are encouraged, but not required, to communicate to the offending person that the conduct is offensive and unwelcome. Individuals who observe any behavior directed at others that may violate this policy are encouraged to take reasonable action to defuse such behavior, if possible,

such as intervening directly, alerting a manager or Human Resources to assist or making a report under this policy.

If an employee believes that they or another individual have been subjected to discrimination, harassment, or retaliation, they are also encouraged to notify their manager or Human Resources immediately. Employees are not required to make a complaint directly to their immediate manager and/or via the People Relations confidential complaint webform They can also reach out directly to peoplerelations@hioscar.com to report workplace concerns. All management and supervisory employees who receive complaints of misconduct must immediately report such complaints to the Human Resources department. When a report is received, the Company will review the claim and determine if an investigation is necessary. All investigations will be conducted fairly and in a timely manner through an objective investigation using qualified personnel that provides all parties appropriate due process and reaches reasonable conclusions based on the evidence collected. The Company expects all employees to fully cooperate with any investigation conducted by the Company into a complaint of proscribed harassment, discrimination or retaliation, or regarding the alleged violation of any other Company policies. The Company will maintain confidentiality surrounding the investigation to the extent possible and to the extent permitted under applicable law. Both the person(s) raising the complaint and the person(s) about whom the complaint was made will be permitted to provide information that may be relevant to the investigation. The Company also will gather information and speak with witnesses, as applicable.

If a workplace harassment violation is substantiated and Oscar determines that there was inappropriate conduct by an employee, the Human Resources Department will work with the individual's manager to determine appropriate remedial measures. Such measures may vary based upon the nature of the conduct and may include, but are not limited to, a verbal warning, a written warning, additional training, a probationary period during which the individual is monitored, or termination of employment.

*Supervisory Responsibilities*

All supervisors or managers who receive a complaint or information about suspected sexual harassment, who observe behavior that may violate this policy, or who for any other reason suspect that sexual harassment is occurring, are required to report such suspected sexual harassment to Human Resources.

*Discipline*

If the Company determines that this policy has been violated, prompt remedial action will be taken, commensurate with the severity of the offense, up to and including termination of employment. Appropriate action will also be taken to deter any such conduct in the future.

*Good Faith Reporting*

The initiation of a good faith complaint of sexual harassment or retaliation will not be grounds for disciplinary or other retaliatory action, even if the allegations cannot be substantiated or the employee was mistaken about aspects of the complaint. Any individual who makes a complaint that is demonstrated to be intentionally false may be subject to discipline, up to and including termination of employment.

Other Information - Arizona

Employees in Arizona are required to notify the Company in writing when a working condition exists that the employee believes is intolerable, that will compel the employee to resign, or that constitutes a constructive discharge, if the employee wants to preserve the right to bring a claim against the employer alleging that the working condition forced the employee to resign. In order to preserve this claim, the employee must wait 15 calendar days after providing written notice before resigning from employment. Depending upon the circumstances, the employee may be placed on leave for up to 15 days while waiting for the Company to respond to the employee's written communication about a working condition. Such concerns should be reported to PeopleRelations@hioscar.com.

Other Information - New York

Sexual harassment is illegal under the New York State Human Rights Law and local laws such as the New York City Human Rights Law. Employees may file a complaint of sexual harassment with the federal Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, another enforcement agency (if applicable) or in certain courts of law. Agencies accept and investigate charges of sexual harassment. The Equal Employment Opportunity Commission has district, area and regional offices and may be contacted by visiting www.eeoc.gov, emailing info@eeoc.gov or by telephone at 800-669-4000 (TTY 800-669-6820). The New York State Division of Human Rights may be contacted by visiting www.dhr.ny.gov, by telephone at 718-741-8400, or by mail to 15 One Fordham Plaza, Fourth Floor, Bronx, New York 10458. New York State has also established a hotline for submitting complaints of sexual harassment and for receiving free legal counseling regarding sexual harassment, which can be reached at 800-427-2773. The New York City Commission on Human Rights can be contacted by visiting http://www.nyc.gov/html/cchr/html/home/home.shtml or by telephone at 212-306-7450.

Employees subjected to unlawful harassment may be entitled to certain remedies, including monetary damages, civil penalties, and injunctive relief (such as an order that certain action be taken or certain behavior stop). Individuals can also contact the town, city or county in which they live or work to find out whether other local agencies may be able to receive complaints. Additional information, including the physical location of agency offices and the rules and requirements for filing complaints, can also be found at the respective agency websites.

## Non-Retaliation and Non-Intimidation

Oscar enforces a strict non-retaliation and non-intimidation policy. Retaliation is conduct that is taken against an employee for reporting or complaining of harassment, discrimination, illegal working conditions, or violations of law, rules, policies, or procedures, or for participating in or cooperating in an investigation.

Retaliation may occur in many forms such as explicit or implied threats, unjustified negative evaluations, unjustified negative references, unjustified increased surveillance or scrutiny, harassment, verbal or nonverbal intimidation, changes to the terms or conditions of employment, coercion, bullying, or deliberate exclusionary behaviors. Retaliation includes, but is not limited to: adverse employment action affecting an employee's salary or compensation, termination, demotion, suspension, refusal to hire, and denial of training or advancement opportunities; excluding an employee from important meetings; threatening an employee who has made a report or directing an employee not to report to outside regulators; deliberately rude or hostile behaviors or speech and creating or allowing the creation of a work atmosphere that is hostile toward an employee who has reported a concern.

Retaliation does not include any employment actions, disciplinary actions, or terminations taken as a result of an individual's own violations of laws, rules, policies, or procedures, or that are justified by the individual's work performance.

An employee should report any retaliation prohibited by this policy to their manager, any management team member, or to Human Resources. Any report of retaliatory conduct will be investigated in a thorough and objective manner. If a report of retaliation is substantiated, appropriate disciplinary action, up to and including termination of employment, will be taken.

## Accommodation for Victims of Domestic Violence, Sexual Assault or Stalking

In accordance with local and federal regulations, Oscar will make reasonable accommodations for employees who report that they are the victim of domestic violence, sexual assault or stalking and request that the Company accommodate their safety while at work, unless providing the accommodation will impose an undue hardship on the company's business operations or violates the company's duty to provide a safe and healthy working environment for all employees.

Reasonable accommodations may include, but are not limited to: a transfer; reassignment; modified work schedule; change in work telephone number; change in work station; assistance in documenting domestic violence, sexual assault or stalking that occurs at the workplace; safety procedures; or other adjustment to a job structure, workplace facility or work requirement in response to a domestic violence, sexual assault or stalking, or referral to a victim assistance organization. Employees may also be entitled to a leave of absence and should consult Human Resources for additional information.

The Company may request that an employee provide a written statement signed by the employee (or an individual acting on behalf of the employee) certifying that the requested accommodation is for the employee's safety while at work. The Company may also require an employee to provide a certification, such as a police report, court order or documentation from a medical professional, that the employee is the victim of domestic violence, sexual assault or stalking, and may request recertification every six months.

Employees must notify the Company if their needs change or if they no longer need an accommodation.

The Company will keep all information submitted in connection with an employee's request for an accommodation confidential to the extent permissible by law. If the law requires disclosure of information, the Company will notify the employee before any information is released.

The Company will not discriminate, harass or retaliate against any employee because the individual is, or is perceived to be, a victim of domestic violence, sexual assault or stalking, or requests a reasonable accommodation in accordance with this policy.

Employees who have questions about this policy may reach out to their leader or PeopleServiceCenter@hioscar.com. Employees who wish to request reasonable accommodation under this policy should contact PeopleServiceCenter@hioscar.com.

## Reproductive Health Decision Making

Oscar prohibits discrimination and retaliation in employment based on an employee's or an employee's dependent's reproductive health decision making, including, but not limited to, the decision to use or access a particular drug, device or medical service (hereinafter "reproductive health decisions").

It is an unlawful employment practice for Oscar or its employees to access an employee's personal information regarding their or their dependent's reproductive health decisions without the employee's prior informed affirmative written consent, or to require an employee to sign a waiver or other document which purports to deny an employee the right to make their own reproductive health decisions.

Any employee who feels there has been a violation of this policy should report their concern to the People Team. Oscar will investigate and take appropriate remedial action. An employee may also file a private legal action and can seek remedies to the extent available under applicable law. Discrimination and retaliation against employees who exercise rights under this policy is strictly prohibited.

## Weather Disruptions + Office Closure

Oscar offices will remain open during most periods of inclement weather; however, where extraordinary circumstances warrant, due to weather or other unforeseen business interruption, Oscar retains the right to close all or some offices. Where offices are closed prior to the start of the work day, employees are to coordinate remote work with their leaders.

On days when offices remain open but weather conditions worsen as the day progresses, Oscar may decide to close early. Onsite employees will be expected to remain at work until the appointed closing time, unless otherwise coordinated with their leadership team. Remote employees who are not impacted by an office closure should continue working as normal.

Regardless of offices opening or closing during inclement weather, it is each employee's decision to determine if they can safely arrive at work under the conditions. Remote work arrangements will be approved where deemed appropriate by management. Non-exempt employees who are unable to work, either onsite or remotely, may utilize vacation time.

Time absent from work due to inclement weather is not counted as hours worked when computing weekly overtime.

Employees are expected to keep their personal Workday contact information up to date for important communications regarding closures. In the case of inclement weather or other events where an Oscar office remains open for business, actions to ensure employee safety may be taken per local office emergency protocols. In the event an office is directly impacted by a weather or other event, such as fire, earthquake, blackout, tornado, etc., onsite personnel should move to a safe location and then reach out to their supervisor for guidance. Employees who are unable to adhere to a scheduled shift or coverage period are to notify their manager as soon as possible via email, phone, or text.

## Religious Observances and Practices

Oscar is committed to complying with all laws protecting employees' sincerely-held religious beliefs, practices and observances and will provide reasonable accommodations for those beliefs, practices, and observances when doing so does not pose an undue hardship for Oscar. Employees who would like time away from work to observe religious holidays may utilize their Floating Holidays (per requirements outlined in the Handbook) or request unpaid time off as a reasonable accommodation.

Management reserves its right to request additional information in support of an employee's request for an accommodation. If you are requesting an accommodation based on your

sincerely held religious belief, practice, or observance, please complete this form. Reach out to PeopleServiceCenter@hioscar.com for any additional support.

## Restroom Use

Oscar is committed to providing a safe, inclusive, and respectful working environment for its employees. We are also committed to continued inclusion of sex, gender, sexual orientation, gender expression and gender identity in our non-discrimination policies.

In keeping with Oscar's policy of non-discrimination and our commitment to inclusion, Oscar permits and encourages employees and visitors to use the restroom that they feel most comfortable using based on their gender identity*.

**Gender identity refers to an individual's internal sense of gender. A person's gender identity may be different from or the same as the person's sex assigned at birth.*

## Internal Mobility and Transfer

Oscar employees are encouraged and able to pursue internal transfers during their time at Oscar. The goal of this policy is to define minimum expectations for consideration for internal mobility, help Oscar retain and develop its talent, and provide employees opportunities for career advancement within the company.

In order to be eligible for another role at Oscar, an employee must meet the following expectations:

- Employee performance is trending in line with expectations of their current role as demonstrated by at least one Performance Review or Developmental Check-in during the prior 12 month period of "Meets Expectations / Trending as Expected" or higher;
- At time of application and throughout the interview process, employee is not currently on a Performance Improvement Plan (PIP) and does not have any active Corrective Actions (CA);
- Exempt employees must be in their current role for 12 months (at time of application) before being eligible for lateral or promotional transfer;
- Non-exempt employees must be in their current role for 6 months (at time of application) before being eligible for lateral or promotional transfer;
- Employee must meet the basic qualifications for the role they are applying to;
- Depending on an employee's current and future role, team, and/or access to sensitive or proprietary data, an employee may be subject to a Cooling Off Period of at least 90 days in which they will be prohibited from transferring to specific roles or teams and/or have limited access to specific sensitive or proprietary data.

For additional details about the Internal Mobility process, please consult Confluence.

## Employment Eligibility

As a condition of employment, every individual must provide satisfactory evidence of his or her identity and legal authority to work in the United States.

All employees are required to supply acceptable documentation no later than 3 days after their employment start date to verify their eligibility for employment. Employees must supply any additional documentation requested during the course of employment for re-verification purposes prior to any work authorization expiration date.

Oscar will comply with applicable immigration law, including the Immigration Reform and Control Act of 1986, the Immigration Act of 1990, and the Illegal Immigration Reform and Immigrant Responsibility Act of 1996.

## Background Check

To ensure that individuals joining Oscar are qualified and have the potential to be productive and successful, we check all applicants' employment qualifications. Furthermore, every offer of employment is contingent on successful completion of a background check. All background checks are conducted in compliance with the Fair Credit Reporting Act ("FCRA") and all other applicable federal, state and local laws. Oscar also complies with all Equal Employment Opportunity Commission ("EEOC") and state-specific guidelines regarding usage of an applicant's or employee's background information when making employment decisions. Oscar may obtain a background report in connection with an investigation into possible wrongful conduct by the applicant/employee. A background check report may contain information regarding the individual's criminal background, among other things. Oscar will use the information for employment purposes only. If a background check is obtained, Oscar will provide the applicant/employee with the name and address of the agency from which Oscar obtained the report, at the applicant's/employee's request. If the applicant/employee requests a copy, our third party vendor will provide that individual with a copy of the report and opportunity to contest its content.

## Medicare Screening Background Check

Oscar shall not hire, contract with, or allow any individual who has been sanctioned or excluded from participating in Medicare programs to work in such programs. All new and existing employees, board members and officers, and contractors are to immediately disclose to Oscar

any debarment, exclusion or any other event that makes them ineligible to perform work related directly or indirectly to Federal healthcare programs.

In addition, Oscar will conduct other background checks prior to an offer of employment, such as criminal records, driving records, and education and professional credentials. Oscar will not contract with or pay claims to providers who have been sanctioned or excluded from participating in Medicare or Medicaid programs, or who have opted-out of the Medicare program. All parties will be subject to monthly screening to ensure that they have not been sanctioned or excluded from participating in Medicare programs to work in such programs. The Company, per Executive Order 13324, will not knowingly fund or contract with identified terrorist organizations.

## Employment Verification & Reference Inquiries

Oscar may receive inquiries from third parties regarding employees, such as a bank verifying employment for an employee applying for a loan. All requests for reference information must be in writing and directed to the People Service Center.

Oscar may condition its response on the receipt of a written release from the employee or former employee. Oscar reserves the right to release or not release any information it deems appropriate in its discretion without authorization.

Oscar has a neutral reference policy that allows the company only to verify a former employee's dates of employment and last job title held. In order to protect the rights and privacy of employees, all requests for information on current or former employees must be referred to the People Service Center.

## Personnel Records

The information recorded in your personnel file is extremely important. Employees are expected to make sure that their personal and demographic information in Workday is current and accurate. This would include making any necessary changes or corrections to:

- Name
- Marital Status (for insurance and benefit purposes)
- Home and mailing addresses
- Email or telephone number
- Dependent information
- Emergency Contacts
- Beneficiary Designations
- Social Security Number or Alien status (for income tax purposes)

- Withholding exemption status (for income tax purposes)
- Direct Deposit elections

Failure to report changes in this kind of information may affect your withholding tax and proper health insurance benefit coverage.

Only authorized management or stakeholders will have access to your personal information for the purpose of conducting standard business operations. However, Oscar reserves the right to provide access to your personnel file as required or permitted in accordance with applicable state law.

The California Consumer Privacy Act ("CCPA") and California Privacy Rights Act ("CPRA") provide California employees with certain rights concerning their personal data. If you are or have been a resident of California, please see here for more information that may apply to you.

## Business Ethics

We expect all Oscar employees to observe the highest standards of ethics and integrity in their conduct. The success of Oscar is dependent on the trust and confidence we earn from our members and employees. We gain credibility by adhering to our commitments, displaying honesty and integrity, and reaching Company goals solely through honorable conduct. We all deserve to work in an environment where we are treated with dignity and respect. Oscar is committed to creating this environment, because it brings out the full potential in each of us, which in turn contributes to the business's success. At Oscar, everyone should feel comfortable to speak their mind professionally, particularly with respect to ethics concerns. Managers have a responsibility to create an open and supportive environment where employees feel comfortable raising such questions. Our commitment to integrity begins with complying with laws, rules and regulations where we do business. Further, each of us must have an understanding of the Company policies, laws, rules and regulations that apply to our specific roles.

Each of us is responsible for knowing and adhering to the values and standards set forth in this Code and for raising questions if we are uncertain about Company policy.

## Prohibited Conduct

We expect employees to conduct themselves in a manner that furthers our mission. The conduct set forth on the following list is prohibited and will not be tolerated. Please note this list is illustrative only, and other types of conduct that threaten security, personal safety, employee welfare and Company operations are also prohibited and may result in disciplinary action, up to and including termination.

- Falsifying employment records, employment information, or other Company records;
- Inefficient or careless performance of job responsibilities or inability to perform job duties at what is deemed "meeting expectations" of the role;

- Falsifying time of your own or another employee's time card;
- Theft and deliberate or careless damage or destruction of any Company property, or the property of any employee or customer;
- Removing or borrowing Company property without prior authorization;
- Abuse of Company equipment, time, materials, or facilities;
- Provoking a physical fight or fighting during working hours or on Company property;
- Carrying firearms or any other dangerous weapons on Company premises at any time, unless state law provides otherwise;
- Engaging in criminal conduct whether or not related to job performance;
- Failing to observe working schedules, including rest and lunch periods;
- Sleeping on the job;
- Committing a fraudulent act or a breach of trust under any circumstances;
- Failing to promptly report work-related injury or illness;
- Sending or storing sensitive / confidential data (e.g. Oscar Intellectual Property, other employee's PII, member PHI) to personal emails or cloud storage systems;
- Signing legal documents on behalf of Oscar when not explicitly authorized to do so (e.g. contracts, Process Service documentation, BAAs, etc.);
- Sharing Oscar, member, employee, or any other confidential data with third parties, unless the Security, Procurement, Legal, and any other relevant teams have reviewed and approved the sharing of that data;

This statement of prohibited conduct does not alter or limit the Company's policy of at-will employment. Either the employee or the Company may terminate the employment relationship at any time for any reason, with or without cause, and with or without notice. The Company reserves the right to determine whether to issue disciplinary action in response to any type of performance issue or rule violation, and reserves the right to exercise its discretion to utilize forms of discipline that are less severe than termination.

## Job Performance

Oscar has an annual performance cycle. Over the course of the calendar year, employees will set goals and have regular performance check-ins and end-of-year evaluation. These evaluation periods are subject to change. Employees should know how they are performing and have regular 1:1s with their manager to gather feedback.

*Procedure*

1. Annually, at the beginning of the performance cycle, Oscar employees will set goals that they will be evaluated on during the year-end assessment. Employees are expected to have regular 1:1 meetings with their manager. Employees should know how they are

performing based on feedback from their manager, progress towards their goals, and how they are performing in their role, relative to the Oscar leveling and competency framework.

2. At the midpoint of the performance cycle, employees will have a conversation with their manager to see how they are tracking for the end of the year.
3. At the close of the performance cycle, employees will receive a formal assessment. This will include a self-assessment, manager assessment and, for some positions, peer reviews.

Oscar does not discriminate during hiring, firing, or promoting with regard to any employment practices based on age, race, gender, gender identity, national origin, sexual orientation, disability or any other status protected under state or federal law.

## Oscar Training

Oscar is committed to conducting business in a compliant and professional manner. To ensure our employees are aligned with business expectations and values, Oscar will require mandatory training at time of hire and at least annually throughout an employee's tenure. Mandatory training may be functional, developmental, and/or required to meet state and/or federal obligations. Oscar will communicate mandatory training requirements throughout the calendar year with the expectation that employees will successfully complete them in the timeframe allotted.

Compliance training is required and is intended to promote an organization-wide culture of compliance by educating employees on Oscar's governing standards. This mandatory training must occur within ninety (90) days of hire and on an annual basis. The education includes training on Oscar's Compliance Program, Fraud, Waste and Abuse (FWA),and reporting non-compliance as required by the Centers of Medicare and Medicaid Services (CMS).

In addition to mandatory training, there may be role-specific required training. This type of training often covers important information regarding processes, workflows, and other needed information for employees to provide an excellent employee and/or member experience.

It is each employee's personal responsibility to monitor training coming due and complete them within the allowed time assigned. Failure to complete mandatory or role-specific required training may result in system access restrictions and/or disciplinary action, up to and including termination.

Full-time employees will also have the opportunity to participate in optional developmental training. This type of training is neither mandatory nor required, but might reasonably be deemed to assist career or personal development, including continuing professional development. Employees should consult with their leader before participating in optional training.

## Dress Code and Grooming

Oscar maintains a casual but professional dress code; employees may report to work, either onsite or from their home office, dressed comfortably but with good judgment by choosing appropriate attire and maintaining proper hygiene for a professional setting.

Oscar may enforce further guidelines for member-facing roles or those roles that interact in-person with providers, clients, vendors or Oscar visitors.

Violations of the policy can range from inappropriate clothing items to offensive perfumes and body odor. If an employee comes to work in inappropriate dress, they will be required to go home, change into conforming attire or properly groom, and return to work.

## Physical Property and Visitor Sign-In

All employees are responsible for keeping the Oscar space and equipment in the best condition possible. To the extent that Oscar laptops are taken off-site, they must be protected. If a laptop, phone containing Oscar data or other Oscar equipment is lost or stolen, the employee must immediately report it to their manager and contact IT via page-it@hioscar.com. To the degree possible, employees are expected to provide Oscar with a police report or lost and found report, depending on whether they believe the device is stolen or misplaced. Employees must always lock their Oscar laptop or desktop screen before leaving the keyboard and should never leave laptops unattended in a public space.

Every visitor to an Oscar office, including vendors, consultants, friends, and family, must receive prior approval and sign in upon arriving at an office. To remain HIPAA compliant and ensure Protected Health Information (PHI) remains protected, visitors are not permitted in areas where this information is easily accessed. Visitors may remain in the front lobby; however they are not permitted any further. Exceptions for access to sensitive areas can only be authorized by the Business Leader or Security. More information regarding the visitor policy can be found here.

Doors must be securely closed when navigating through the office, and must never be propped open. Even those doors without a locking mechanism may serve a fire-break purpose, and must be normally closed. Should an employee find an office door that is not closing or locking properly, please report it via a WPO Appian ticket or to workplace-operations@hioscar.com. Lost or forgotten Oscar building badges must be promptly reported to the Workplace Operations team via a WPO Appian ticket or to workplace-operations@hioscar.com. When reporting, employees are asked to provide context, such as the likelihood of someone else being in possession of their badge (for instance, when left in the back of a cab).

## Political Activities

Oscar encourages civic engagement, but an individual employee's involvement in political

activity must remain independent of their responsibilities at Oscar. Federal and state laws restrict the use of corporate funds and assets in connection with elections. Employees may not use Company time, office supplies, and/or donated food services for the advancement of any political activity.

## Employee Social Media Use

Oscar respects the legal rights of its employees and understands employees' time outside of work is their own. We also understand that Oscar employees may be interested in sharing their work life on their personal social media outlets. However, employees should be mindful that their social media activity, even if done off premises and while off-duty, could affect the Company's legitimate business interests. For example, the information posted could be the Company's confidential business information. In addition, some readers may mistakenly view you as a spokesperson for the Company. Consequently, social media activity is a legitimate and proper focus of Company policy.

This Social Media Policy provides guidance on responsible social media activity by employees. This Policy does not and cannot cover every possible social media activity. For this reason, the Company relies on the common sense and good judgment of its employees to engage in social media activity responsibly. If you are unsure how this Policy may apply to your social media activity, your manager or your Human Resources representative is here to help you. For the purposes of this Policy, "social media activity" includes all types of posts and other communications on the Internet, including, but not limited to, posts on social networking or affinity sites (e.g., Facebook, LinkedIn, Instagram); blogs and other on-line journals and diaries (e.g., Tumblr, Blogger); bulletin boards and chat rooms; microblogs (e.g., Twitter/X); and posts of photographs, video or audio on media-sharing sites (e.g., YouTube, Flickr, Snapchat, TikTok). "Social media activity" also includes permitting, or failing to remove, posts by others where the employee can control the content of posts, such as on a personal page or blog.

This Social Media Policy applies to all employees. This Policy applies to social media activity that relates in any way to, or reflects on or may impact, the Company's business, employees, customers, vendors, or competitors, or that identifies an employee's affiliation with the Company. This Policy applies to social media activity when on or off the Company's premises, while using the Company's or personal electronic resources, and whether or not the employee posts anonymously or using a pseudonym.

The Company values its established brand reputation and good will relationships. These are important corporate assets. When you engage in social media activity that identifies you as a Company employee, or that in any way relates to, reflects on, or may impact the Company, you should bear that in mind and follow the guidelines listed below:

- Employees may not use the Company's computer equipment or systems for personal social media use.

- Know and follow the rules. Your social media activity is subject to all pertinent Company policies, including, but not limited to policies prohibiting harassment and discrimination, confidentiality policies, and use of electronic resource policies, for example.
- Express only personal opinions. Unless you have received prior authorization from the Communications Department to speak on the Company's behalf, you should not represent or suggest in any social media activity that you are authorized to speak for the Company or that the Company has reviewed or approved your content. If that will not be obvious from the content or context of your post, you should specifically post "#notanofficialspokesperson" or state, "The views expressed in this post are my own. They have not been reviewed or approved by my employer."
- Identify yourself in endorsements. The Federal Trade Commission requires that endorsements be truthful and not deceptive. If your social media activity endorses the Company's products or services, i.e., expresses opinions, beliefs, findings or experiences concerning the Company's products or services, you must disclose your name and position with the Company.
- Use privacy settings. You should consider using available privacy filters or settings to block any overly personal information about you from co-workers, customers, vendors or competitors who may have access to your social media activity.
- Be respectful. You should not post content about, or any image of, the Company, management, co-workers or customers that is threatening, intimidating, knowingly or recklessly false, or a violation of the Company's policies against discrimination or harassment on account of a legally protected class, status or characteristic, such as race, age, or disability. You should not make knowingly or recklessly false statements about the Company's products or services, or the products or services of its customers, vendors or competitors. You should not post any content, image or video of yourself that identifies you as a Company employee and depicts you engaging in illegal conduct, such as acts of violence or the illegal use of drugs, or in conduct that violates any Company policy.
- Respect intellectual property rights. Respect the intellectual property (IP) rights of the Company and others. You should not use, copy, publish or post the Company's or someone else's IP unless you have the legal right to do so. Examples of IP include trademarks, written articles, merchandise information, and music. The Company cannot and will not provide employees with legal advice about intellectual property laws unless the inquiry relates to the Company's own business interests.
- Protect confidential business information. You should not disclose, or post images or videos of, any of the Company's trade secrets or confidential business information or of any confidential business processes in social media. Trade secrets may include information regarding the development of systems, business processes, products, know-how, and technology. Confidential business information may include non-public information such as financial data, including estimates of financial performance;

sensitive business information, such as marketing strategies, product launches, and pricing policies; plans for the acquisition or disposition of corporate assets; information about customers; documents and records about employees maintained in the Company's files and obtained by virtue of an employee's job responsibilities; and the Company's attorney-client communications or other internal business-related confidential communications.

- Safeguard sensitive personal information. To reduce the risk of identity theft, stalking, and similar criminal conduct, you should not disclose personally identifying information (such as Social Security numbers, credit or debit card numbers or financial account numbers) of the Company's employees, customers, or vendors.
- Protect confidential Member/patient information. You must not disclose any Member and/or Employee Protected Health Information (PHI) on social media. Employees should report any potential HIPAA violations to the Privacy team. Potential violations include:
    - Posting of images and videos of members and/or patients without written consent;
    - Posting of gossip about members and/or patients;
    - Posting of any information that could allow an individual to be identified;
    - Sharing of photographs or images taken inside a healthcare facility in which patients or PHI are visible; or
    - Sharing of photos, videos, or text on social media platforms within a private group.
- Employees are not to enter into social media discussions with members and/or patients in the course of their work on behalf of Oscar.

The Company will, in its discretion, review social media activity to the fullest extent permitted by applicable law. If you engage in social media activity that violates this Policy anonymously or using a pseudonym, the Company reserves the right to take steps to determine your identity.

Employees are solely responsible for their social media activity and will be held accountable for violating this Policy. Failure to comply with this Policy may lead to discipline, up to and including termination of employment, and if appropriate, the Company will pursue all available legal remedies. The Company also may report suspected unlawful conduct to appropriate law enforcement authorities. **Please note that this policy is not intended to interfere with or limit employees' rights under the National Labor Relations Act.**

## Communications Policy

Employees should not speak to the media as a representative of Oscar or make public statements on Oscar's behalf without contacting the Communications Department. All media inquiries and public speaking opportunities should be directed to comms@hioscar.com

The Communications Department will review each request and provide a recommendation for how to proceed.

## Solicitation in the Workplace

In order to prevent disruption to company operations, interference with work, and inconvenience to other employees, employees may not engage in solicitation or distribution of literature of any kind during working time unless in support of an Oscar initiative or otherwise determined by Oscar's leadership team. Employees may not solicit any employee who is on working time for any cause or to distribute literature of any kind. Solicitation may not be used for commercial or political purposes by employees or by outside persons, agents, or interests. Solicitation may also not be used for any type of personal or financial gain. If you have any questions about solicitation, please contact your manager for further guidance. Solicitation is not to occur onsite or digitally via Oscar communication platforms, such as email or Slack.

## Disciplinary Action

Oscar's progressive discipline policy and procedure is designed to provide a structured corrective action process to improve and prevent a recurrence of both performance and behavioral issues.

This policy will be implemented and progressive discipline will be administered in a non-discriminatory manner and without consideration of an employee's actual or perceived membership in a protected class, including race, color, sex, pregnancy, religion, creed, ethnicity, national origin (including ancestry), physical or mental disability, age, marital status, sexual orientation, gender, gender identity, perceived identity (including appearance), veteran or military status (including special disabled veteran, Vietnam era veteran, or recently separated veteran), predisposing genetic characteristics, or any other protected status.

Outlined below are the steps of Oscar's progressive discipline policy and procedure. Under normal circumstances, Oscar endorses a policy of progressive discipline in which it attempts to provide employees with notice of areas for improvement and an opportunity to improve. However, Oscar retains the right to administer discipline in any manner it deems necessary depending upon the facts of each situation and the nature of the concern. Oscar may consider the severity of the offense, the employee's job performance, prior violation of work rules and policies, the impact of the employee's behavior on the company and other relevant circumstances in determining the appropriate discipline. Progressive disciplinary actions are cumulative and may result in more serious action to correct performance and/or behaviors. Therefore, if more than one situation and/or behavior require correction, a more advanced step of progressive discipline may be warranted

Any violation of Oscar's Code of Conduct or other policies as described in the Employee Handbook may lead to corrective or disciplinary action, including as set forth in Oscar's Compliance Disciplinary Policy.

Unacceptable work performance and/or behavior will typically be addressed according to the

following progressive disciplinary procedure. However, for serious performance and behavioral concerns, Oscar may skip any of the following steps as it deems appropriate, including moving to immediate termination of employment.

| **Behavioral Concerns** | **Performance Concerns** |
|---|---|
| Coaching/Verbal Warning | Coaching/Verbal Warning |
| Written Warning | Performance Improvement Plan (PIP) |
| Final Written Warning | Recommendation for Termination of Employment |
| Recommendation for Termination of Employment | |

Oscar reserves the right to administer discipline as appropriate depending upon the circumstances of the situation and the nature of the offense. Furthermore, employees may be subject to termination without prior notice or disciplinary action at Oscar's discretion.

# Work Environment & Safety

## Hybrid + Remote Work

Some roles at Oscar are eligible to be performed on a "hybrid" or "remote" basis. A hybrid work arrangement is where employees are assigned to an Oscar office location but have the flexibility to work from a designated remote location for a portion of their workweek, with the approval of their manager, department leaders and People Strategy. A remote work arrangement is where employees are assigned to work primarily from an agreed-upon remote location (e.g. the employee's home). More details on each arrangement are detailed on Oscar IRL Confluence.

Working remotely or in a hybrid arrangement is not appropriate for all employees or positions and is not a universal employee benefit. Due to the unique needs of each Oscar department, the leadership team of each department, in partnership with People Strategy, will determine the feasibility, timing and specific arrangements of establishing hybrid and/or remote work opportunities.

The determination will be based on business needs and the nature of the employee's work. An employee's responsibilities must be conducive to a hybrid or remote work arrangement without causing significant disruption to performance and/or service delivery. Beyond the considerations of the role, employees wishing to move from in-office to a hybrid or remote work arrangement must have a satisfactory attendance record and be meeting all performance expectations in their current role.

Hybrid and remote work arrangements will not alter any aspect of Oscar's performance standards nor will they change the basic terms and conditions of at-will employment at Oscar.

Regardless of whether an employee is working in an in-office, hybrid, or remote role, each employee must adhere to Oscar's Code of Conduct, Employee Handbook, and all applicable policies and procedures. Employees must continue to honor all employment agreements with Oscar, including those concerning proprietary information and intellectual property. Managers will continue to enforce standards on work schedule, individual performance, productivity, and HIPAA/Privacy Compliance.

Throughout their tenure, employees in hybrid or remote work arrangements may still be required to train and/or work in an Oscar office location for a set amount of days and/or weeks to facilitate their onboarding, training, or role-specific requirements, or to attend team meetings and other in-office gatherings and events.

While remote work may be a voluntary agreement between the employee and Oscar, Oscar reserves the right to require any employee to work remotely at any time, for any period of time as determined by business needs, and for any reason including public health requirements of federal, state, and/or local law. Those employees operating in a remote work arrangement may be assessed from time to time according to team-specific cadences, or as employee's work or team expectations change.

Full policy and expectations can be found here.

Note: All applicable employment and labor law notices are posted in the Company's offices to which employees report, but are also posted and available to all employees on Confluence.

## Interpersonal Relationships Policy

Oscar strongly believes that a work environment where employees maintain clear boundaries between personal and business interactions is necessary for effective business operations. Although this policy does not prevent the development of friendships or romantic relationships between co-workers, it does establish boundaries as to how relationships are conducted during working hours and within the working environment.

Employee off-duty conduct is generally regarded as private, as long as such conduct does not create actual or potential workplace issues. Any relationship that interferes with the company culture of teamwork, the harmonious work environment, or the productivity of employees, will be addressed.

Close personal friendships or familial relationships are discouraged in any reporting structure. If a relationship develops between employees where a close friendship would cause a conflict of interest, such as where one employee supervises the other or has any influence over the other's employment, performance appraisal, salary, promotions, or disciplinary actions, or works in a position in which a potential problem for safety, security, supervision, or morale could arise, the Company will make a decision regarding how to address the circumstance, including through job placement or transfer or such other action as Oscar deems appropriate in its discretion.

Oscar prohibits anyone in a leadership role from having a romantic or sexual relationship with any subordinate. Individuals in supervisory or managerial roles and those with authority over others' terms and conditions of employment are subject to more stringent requirements under this policy due to their status as role models, their access to sensitive information, and their ability to affect the employment of individuals in subordinate positions. Such relationships can be disruptive to the work environment, create a conflict or the appearance of a conflict of interest, and lead to charges of favoritism, discrimination, or sexual harassment.

If a romantic or sexual relationship between a supervisor/manager and a subordinate should develop, it shall be the responsibility and mandatory obligation of the supervisor/manager to promptly disclose the existence of the relationship to their People Strategy partner.

When a conflict of interest or potential risk is identified due to an employee's relationship with a co-worker, People Strategy will work with the parties involved to consider options for resolving the problem. The initial solution may be to make sure the parties no longer work together on matters where one is able to influence the other or take action for the other. Matters such as hiring, firing, promotions, performance management, compensation decisions and financial transactions are examples of situations that may require reallocation of duties to avoid any actual or perceived reward or disadvantage. In some cases, other measures may be necessary, such as transfer of one or both parties to other positions or departments. If one or both parties refuse to accept a reasonable solution, such refusal will be deemed a voluntary resignation.

To disclose a relationship or ask any questions about the appropriateness of a relationship or potential relationship in which an employee is engaging or may engage, please contact the People Team. The disclosure will remain as confidential as appropriate.

Any person who believes that he or she has been adversely affected by such a relationship, notwithstanding its disclosure, is encouraged to make their views about the matter known to the People Relations team. This policy shall apply without regard to gender, gender expression, or sexual orientation of the participants in a relationship of the kind described.

## Digital Security and Appropriate Use of Company Resources

Oscar expects all employees to exhibit the utmost professionalism when using Oscar's devices, equipment and network. For more information regarding Oscar's Cybersecurity Policies and Standards, please consult the Cybersecurity Confluence section.

Oscar employees must recognize that there is no employee expectation of privacy with respect to the Company's networks, telecommunications systems or information processing systems. Any and all telephone conversations or transmissions, electronic mail or transmissions, or internet access or usage by an employee by any Oscar electronic device or system, including, but not limited to, the use of a computer, telephone, wire, radio or electromagnetic, photoelectronic or photo-optical systems, may be subject to monitoring at any and all times and by any lawful means. Oscar maintains the right to inspect, monitor, modify, duplicate, halt, or remove any stored files, running processes, usage logs, or system activity on devices owned or managed by the Company. Oscar also maintains the right to inspect, monitor, and collect

information about any traffic on Company owned or managed devices (regardless of network affiliation or ownership) and any traffic that is conducted over the Company's networks, including guest WiFi (regardless of device affiliation or ownership). Oscar will also inspect, monitor, and audit usage of the Company's internally and externally hosted services, such as e-mail, regardless of how these resources are accessed.

Employees are expected to adhere to Oscar's Cybersecurity Policies. Upon signing the Employee Handbook, Employees agree to the following:

- Accessing corporate resources only from authorized, secured, and managed Oscar devices
- Accessing PHI only for those employees whose job responsibilities require access
- Granting and obtaining access to corporate resources and data through appropriate, documented, auditable methods
- Safeguarding access credentials to the best of employees' abilities and utilizing those only to perform necessary business tasks
- Remaining aware of destination addresses for any initiated network connection, and only establishing network connections to trustworthy hosts
- Refraining from accessing, downloading, transmitting, or interacting with illegal or improperly licensed content when using Company resources
- Refraining from use of personal social media accounts on Oscar owned devices
- Refraining from the use of Oscar email address for sign-up on personal sites, services and applications
- Adherence with the guidance around teleworking to ensure we protect Oscar Hardware, Software and information from theft
- The use of personal emails and storage services is prohibited on Oscar managed/owned devices
- Google Meets is the only approved method of video-conferencing at Oscar when PHI / PII are shared, discussed, or displayed. The use of Zoom, WebEx, Slack and other video-conferencing / video-call applications are prohibited
- Sharing of non-public data (i.e. Internal or confidential data) to outside parties is prohibited and will be blocked. Exceptions to this requirement must be requested and can be approved if a valid business reason is provided
- Only installing and running software approved by the Security team, which can be located at Approved Software
- Safeguarding access credentials by not sharing or disclosing user credentials (i.e. usernames and passwords) with colleagues, family members, or anyone
- Understanding of the Access Control standard and supporting "User Responsibilities"

Upon termination of employment with Oscar, whether voluntary or involuntary, each employee shall deliver to the Company (and will not retain possession of, recreate or deliver to anyone else) any and all items owned by the Company.

If employees have questions or concerns regarding expectations of privacy or best security practices, they should reach out to security@hioscar.com.

## Domestic & International Remote Work

While at Oscar, employees may wish to perform their work duties while traveling outside of their assigned work location in Workday. Providing flexibility to our employees is important to Oscar. That said, certain processes and procedures are required prior to an employee being permitted to work outside of their assigned work location. Further, certain employees or roles may be ineligible for domestic or international remote work based on the type of position they hold, the confidential information or PHI they have access to, or other business requirements/regulations. Eligible employees must adhere to the guidance and expectations below when working remotely, either domestically or internationally.

**Domestic Remote Work**

All Oscar employees, regardless of role or level, are required to work from the work location designated on record in Workday. That said, to allow for flexible work arrangements, Oscar permits employees who have been approved by their manager (whose leadership level is minimum L6) to temporarily work remotely in an alternate location. This arrangement is subject to the following conditions:

- Employees are not permitted to work remotely from an alternate location without first receiving approval from their leader(s). Requests should not be made retroactively once already in the alternate location.
- If an employee does not receive approval to work remotely from an alternate location, they are not permitted to work from there in any capacity.
- Employees who have received approval to work remotely from an alternate location are not permitted to do so for more than 30 calendar days at a time. Total time spent working in alternate locations cannot exceed 90 days per calendar year.
- Nothing in this policy should be interpreted to support a permanent change to an employee's work location.

Oscar cannot make exceptions to these rules due to tax requirements. Aside from approved permanent relocations, employees are not permitted to change their tax withholding state for time worked outside of the county, city and/or state of their assigned work location.

It is the employee's sole responsibility to ensure they are adhering to the timeline restrictions detailed above. Employees who exceed these allowances or fail to timely return to their assigned work location may be subject to disciplinary action, up to and including termination. Oscar is not responsible for tax implications to an employee posed by the employee performing work in another state beyond what is permitted by this policy.

**International Remote Work**
Employees, regardless of role or level, are not permitted to work outside of the United States for any reason without express approval from the Company. All requests to work internationally must be submitted by the traveling employee's leader and are subject to multi-step approval. Employees who receive approval to work internationally will be directly notified by the People Service Center, IT and Security. Employees are not permitted to work internationally or bring their Oscar equipment internationally without first receiving this direct approval.

After approval is granted:

- Employees may work internationally for a maximum of six (6) weeks (30 business days) in a calendar year in the specific location(s) and for the specific date(s) identified in the request.
    - Oscar cannot make exceptions to this rule due to tax, immigration, and employment law requirements. Oscar will not permit any employee changes to tax withholdings for time worked internationally.

Employees must have their leader submit requests for each international location they wish to work remotely from. All locations require approval prior to an employee performing work. Leaders may include multiple locations in one request.

While each request is carefully reviewed by our HR, Legal and Security teams, certain employees or roles may be ineligible for domestic or international remote work based on the type of position they hold, the confidential information or PHI they have access to, or other business requirements/regulations.

Subject to approval, the following Cost Centers are *only* permitted to work internationally from Puerto Rico:

- Concierge Services, Claims Production, Configuration Production, Provider Operations, Complaints, Grievances & Appeals, CRT Operations, Broker Support Team, and Eligibility Production.
- All other international locations are prohibited.

The Information Security Team is responsible for monitoring all employees and contractors globally. This directive provides a non-exhaustive list of countries where transportation/usage of Oscar-owned devices is strictly prohibited. If prohibited, Oscar equipment should not be transported or used for any purpose, work-related or otherwise.

As stated above, all international work requests must be pre-approved by Leadership, HR, Security, and Legal. Nothing in this policy should be interpreted to support a permanent change to an employee's work location.

Violation of the Domestic & International Remote Work policy may be grounds for disciplinary action, up to and including termination.

See our Oscar IRL Confluence page here for more information on this policy and process.

## Travel and Expense Reimbursement

Oscar will reimburse employees for reasonable business travel expenses, as defined in the Travel Policy found on Confluence, incurred while on assignments away from the normal work location. Per the terms of the Travel Policy, costs of travel, meals, lodging, and other expenses directly related to accomplishing business travel objectives may be reimbursed by Oscar.

Abuse of the Travel Policy policy, including falsifying expense reports to reflect costs not incurred by the employee, can be grounds for disciplinary action, up to and including termination of employment. Some departments at Oscar are subject to more detailed travel guidelines, and employees are always encouraged to understand expectations from their manager before booking travel.

Please consult Confluence for further details.

## Risk Event Reporting

In the course of business, events occur that have the potential to disrupt and impact our day-to-day operations. A **risk event** is any event resulting from inadequate or failed internal processes, controls, people and/or systems that leads to or has the potential to lead to financial or reputational damage. When a risk event occurs, Oscar employees are encouraged to report the event via the Risk Event Reporting form.

More information can be located on the Enterprise Risk Management Confluence page.

Additionally, to report concerns related to Security incidents, Compliance concerns, or potential privacy incidents, Oscar employees are encouraged to report them to the appropriate team.

- Compliance
- Security
- Privacy

## Health & Safety

It is the responsibility of all employees to conduct themselves in a safe manner and in compliance with federal, state and local safety and health regulations. Although most safety rules are consistent throughout each department, no rule can exist for every given hazard, and employees are to use good judgment in all their work activities to prevent injuries and property damage. Employees are to maintain their work areas in an orderly manner that minimizes risks to themselves and others.

Employees have the right to a safe and healthy workplace. Any employee who observes a safety hazard, at-risk behavior or has any other safety concern is encouraged to report it to their supervisor or the Oscar Health & Safety team at SafetyandHealth@hioscar.com . Any employee who observes a condition or behavior that the employee reasonably believes has the immediate

potential for injury has the authority to stop the work and report the situation to their supervisor or leader of the work being performed, without fear of retaliation.

Any employee who suffers a work-related injury, no matter how minor, must report it to their supervisor and the Oscar Health & Safety team at SafetyandHealth@hioscar.com no later than the end of the work shift, and provide a telephone number where they can be reached. Workplace injuries will be investigated by Health & Safety. All persons are required to cooperate with an investigation by providing truthful responses and preserving records associated with the investigation. Injury investigation reports and corrective actions may be shared throughout the organization (without the injured employee's name) as a teaching tool to prevent future accidents.

It is the responsibility of employees to identify and familiarize themselves with the emergency plan for their working areas. Additionally, Oscar requires all employees to maintain up to date contact information, including phone number, home address, and emergency contact information.

Failure to follow Oscar's Health & Safety Policy, or engaging in conduct that places employees, visitors, or Oscar property at risk, may lead to employee disciplinary action or termination. If you are an employee in California or New York, there may be applicable site-specific safety plans.

For more information on the above, please visit the Health & Safety section of Confluence.

## Workers' Compensation

All employees (full-time, part-time, temporary or seasonal) are covered by workers' compensation insurance from the first date of employment. This compensates an employee for lost time, medical expenses and loss of life or dismemberment from an injury arising out of or in the course of work.

Employees must immediately report any accident or injury, by the end of their work shift, to their manager and the Health & Safety team so that the necessary paperwork may be completed.

It is the policy of the company to support the practice of bringing injured employees back to work as soon as they are medically able, to a position within the company compatible with any physical restrictions they may have. Current positions can be modified to fit an injured employee's medical restrictions by modifying workstations, altering specific tasks or reducing hours. If this is not possible, temporary transitional jobs may be made available either with the employee's department or through a temporary assignment with another department.

Workers' compensation fraud is a punishable crime. Committing workers' compensation fraud can result in serious consequences, such as forfeiture of future benefits and conviction of a crime. Oscar has a "zero tolerance" policy for fraud.

## Environmental Protection

All employees are expected to perform their duties in a manner that protects the environment by: not bringing hazardous chemicals into the workplace or purchasing them without Health & Safety approval, reporting spills immediately, never pouring chemicals down sinks for the purpose of disposal, using trash and recycling bins as labeled, and not transporting any hazardous chemical in a personal or rental vehicle while on Oscar business. For more information on Oscar environmental protection programs, see the Confluence.

## Workplace Violence

Every employee has the right to work in an environment free of violence. Oscar does not tolerate workplace violence in any form. Threats or acts of violence—including intimidation, bullying, physical or mental abuse and/or coercion—that involve or affect company employees or that occur on the Company's premises will not be tolerated.

The prohibition against threats and acts of violence applies to all persons involved in the operation of the Company, including, but not limited to, company employees and other personnel, contract and temporary workers, consultants, contractors, customers, vendors, visitors and anyone else on the Company's premises.

Violations of this policy by an employee will result in disciplinary action, up to and including termination of employment.

It is our goal to have a workplace free from acts or threats of violence and to respond effectively in the event that such acts or threats of violence do occur.

Workplace violence is any intentional conduct that is sufficiently severe, abusive or intimidating to cause an individual to reasonably fear for their personal safety or the safety of their family, friends and/or property such that employment conditions are altered or a hostile, abusive or intimidating work environment is created for one or several employees.

Examples of workplace violence include, but are not limited to:

- Threats or acts of violence occurring on Company premises, regardless of the relationship between the parties involved in the incident;
- Threats or acts of violence occurring off Company premises involving someone who is acting in the capacity of a representative of the Company;

- Threats or acts of violence occurring off Company premises involving an employee if the threats or acts affect the business interests of the Company;
- All threats or acts of violence occurring off Company premises, of which an employee is a victim, if we determine that the incident may lead to an incident of violence on Company premises; and
- Threats or acts of violence resulting in the conviction of an employee or agent of the Company, or an individual performing services for the Company on a contract or temporary basis, under any criminal code provision relating to violence or threats of violence when the act or conviction adversely affects the legitimate business interests of the Company.

Examples of conduct that may be considered threats or acts of violence under this policy include, but are not limited to:

- Threatening physical contact directed toward another individual;
- Threatening an individual or the individual's family, friends, associates or property with harm;
- The intentional destruction or threat of destruction of the Company's or another's property;
- Menacing or threatening phone calls;
- Stalking;
- Veiled threats of physical harm or similar intimidation; and/or
- Communicating an endorsement of the inappropriate use of firearms or weapons.

Workplace violence does not refer to workplace arguments or debates that are zealous or impassioned, provided there is no resort to any form of coercion. Discussions about sporting activities, popular entertainment or current events are not considered workplace violence when there is no threat of violence being directed to the workplace or any individual connected with it. Rather, workplace violence refers to behavior that demonstrates an intention to engage in violence, condones violence in our workplace, or targets any individual with acts or threats of violence.

Employees should help maintain a violence-free workplace. To that end, employees are encouraged to immediately report any incident that violates this policy to a manager or Human Resources.

## Drug & Alcohol Policy

This policy outlines the expectations, responsibilities and consequences in relation to drug and alcohol use in the workplace.

Employees should report to work, whether in office or remotely, fit for duty and remain free of any adverse effects of drugs or alcohol during working hours. Employees must be able to

perform their duties safely and effectively. During working hours or otherwise, employees should not enter a building or be on Oscar premises showing signs of outright intoxication or drug use.

Permitted Uses:

This policy permits an employee's lawful use and possession of their prescribed medications, but employees must consult with their doctors about the medications' effect on their fitness for duty and ability to work safely, and they must promptly disclose any work restrictions to their supervisor.

Prohibited Uses:

- Oscar prohibits the use, possession, sale, and distribution of drugs or drug paraphernalia on Oscar premises or at Company-sponsored events.
- Alcohol consumption is generally prohibited during the workday, including rest periods and meal periods, except at authorized Oscar sponsored events where alcohol is served.
- For member and/or customer facing roles, alcohol use is strictly prohibited during working hours.
- While alcoholic beverages may be available or stored on Company premises and/or at Company events, employees are not allowed to bring, store, share and/or distribute their own alcohol into the office.
- Events that are requesting alcoholic beverages to be served must receive prior approval from the Culture & Events team.

Employees are expected to adhere to these expectations at all times and use alcohol responsibly at Company events. Failure to follow this policy may result in disciplinary action, up to and including termination of employment.

While Oscar does not discriminate against employees who use marijuana medically or recreationally, employees are prohibited from using marijuana during working hours or reporting to work under the influence of marijuana.

Oscar maintains a smoke-free work environment. The expectation of a smoke-free work environment extends to both physical Oscar offices and home offices for employees who may be performing their job duties remotely. Regardless of work type, no Oscar employee is to be smoking in any form while conducting any portion of their job.

If you are charged with a drug or alcohol-related offense and found guilty, plead guilty, or plead no contest, you are required to report such information to the People Relations Team within 48 business hours of the event.

As an Oscar employee, you have access to the Cigna Employee Assistance Program (EAP) at no cost to you, no matter your insurance plan. EAP personal advocates will work with you and your household family members to help you resolve issues you may be facing, connect you with the right mental health professionals, and direct you to a variety of helpful resources in your community. Cigna also offers on-demand webcasts accessible 24/7.

If you have drug or alcohol-related concerns over your own wellbeing or that of a colleague, please reach out to your leader or People Relations for further support.

### Investigations & Duty to Cooperate

All reported compliance and ethics concerns will be fully investigated and documented by the Compliance Department. Workplace injuries will be investigated by Health & Safety. Reports will be kept confidential to the extent possible. All persons are required to cooperate with an investigation by providing truthful responses and preserving records associated with the investigation. Once the investigation is complete, corrective and/or disciplinary action may be taken, up to and including termination, as deemed appropriate.

## Compensation & Benefits

### Employment Classification

**Regular full-time employees** are those scheduled to work 30 or more hours per week on a routine basis. Generally, regular full-time employees are eligible to participate in Oscar's benefits programs (i.e., insurance benefits, Paid Time Off, Paid Sick Leave, Holiday Pay, equity incentive plans, and retirement plans), subject to the terms, conditions, and limitations of each benefit program.

**Regular part-time employees** are those scheduled to work less than 30 hours per week on a routine basis. Regular part-time employees may be eligible for some of Oscar's benefits programs, subject to the terms, conditions, and limitations of each benefit program.

**Interns** are usually hired for a full-time fixed-term assignment to gain relevant work experience in a given career field. Interns retain internship status during the duration of their internship, and there are no guarantees of offers of regular employment upon completion of the internship. Interns may be eligible for some of Oscar's benefits programs, subject to the terms, conditions, and limitations of each benefit program.

**Contingent Workers** are agency temps or independent contractors hired on a temporary basis to provide staff augmentation during peak work periods, backfill a regular employee on a leave of absence, or perform certain services that are not typically performed by employees. These temporary employment assignments are of limited duration. Contingent workers are not eligible for any of Oscar's benefits programs, except as required by applicable law. If you are a manager that has any questions about contingent workers, please consult with People Strategy.

### Exempt & Non-Exempt

Oscar classifies all employees as either exempt or non-exempt for purposes of determining eligibility for overtime pay and employee benefits. The requirements for these classifications are set by federal and state law. Regardless of how employees are classified or paid, Oscar values all roles equally and does not consider one classification more valuable or important than the other.

**Non-Exempt Employees** - Employees who are typically paid an hourly rate and are eligible for overtime pay pursuant to applicable law. Non-exempt employees also must take rest breaks and meal periods.

**Exempt Employees** - Employees who are paid on a salary basis and whose job duties meet specific tests established by applicable federal and state law. Exempt employees are not entitled to overtime pay and generally receive a fixed amount of pay each work week.

If an employee changes positions during their employment, or if their job responsibilities change, they will be informed by the People team of any change to their exempt or non-exempt status. Employees should consult their manager with any questions or concerns regarding this status.

See below for a broad overview of exempt vs non-exempt:

| Non-exempt | Exempt |
|---|---|
| Hourly, paid on a biweekly basis | Salaried, paid semi-monthly |
| Clock in, clock out and take time for breaks | Not required to clock in or clock out |
| Years of Service Vacation Model | No annual limit on use of vacation |
| Eligible for overtime | Not eligible for overtime |

## Timekeeping Procedures

Non-exempt employees must record their actual time worked for payroll and benefit purposes. Non-exempt employees should record the time work begins and ends on a daily basis, as well as the beginning and ending time of each meal period.

Non-exempt employees must also record any departure from work for any non-work related reason. All employees are required to report in Workday any absences from work for reasons such as vacation, sick leave, family or medical leave, or personal time.

When submitting your time record, you are certifying the accuracy of all time recorded, and that your time card complies with this policy. Any errors in your time record must be reported immediately to your supervisor. Failure to timely submit or approve time records may result in delayed payment. For more information on submission and approval deadlines, please refer to the Payroll Confluence page.

Altering, falsifying, or tampering with time records, or recording time on another employee's time record, is prohibited and subject to disciplinary action, up to and including termination of employment.

## Non-Exempt Pay during Oscar Events

If Oscar hosts an Oscar event that coincides with work hours, and non-exempt employees are asked to attend, we will pay them for the hours as if they had worked the hours. Work hours are defined as the non-exempt employee's work schedule, as it stands in Workday. These events include, but are not limited to: Oscar sponsored events, Oscar exclusives, and recruiting events.

## Service with Oscar

Service dates establish eligibility for vacation, severance, certain leaves of absence, service milestones, sabbatical leave, and similar benefits as provided by the Company.

For Regular Full-Time employees, Service is calculated by counting continuous service with the Company in such capacity from date of hire to a particular point in time.

In cases of separation from employment, other than termination for cause, prior service will be considered to be "continuous" for purposes of Oscar's discretionary benefits if the employee is reinstated within one year from the date of the separation.

Service credit accumulates during any approved leave of absence, provided the employee returns to work prior to or at the expiration of the approved absence, in accordance with such policy.

Service credit will also accumulate during any period of approved Military Leave of Absence in accordance with the provisions of that policy.

## Compensation

Oscar is committed to maintaining salary levels that are in compliance with all applicable laws and regulations and that are also internally equitable. Oscar utilizes a structure of compensation ranges that aligns with our core leveling framework and job profiles. All employees will be compensated fairly, according to that structure, regardless of race, color, religion, sex, sexual orientation, national origin, age, disability, veteran status or marital status.

## Discussion of Wages

In accordance with applicable law, Oscar permits employees to inquire about, discuss or disclose their own compensation information or the compensation information of any other employee who has chosen to disclose it.  The Company will not terminate, demote, suspend, or

otherwise discriminate or retaliate against an employee who engages in such activity or an employee who exercises their rights, or aids or encourages other employees in exercising their rights, under applicable law, including the National Labor Relations Act, California's Equal Pay Law, Massachusetts's Equal Pay Act, Washington's Equal Pay and Opportunities Act, or similar applicable law. ***Please note that employees who have access to the compensation information of other Oscar employees as the result of their job duties and responsibilities are prohibited from disclosing that information other than as reasonably necessary to properly perform those duties and responsibilities.***

## Overtime

Non-exempt employees must record all hours worked and will receive pay for all hours worked, including overtime premium pay in accordance with applicable law. When operating requirements or other needs cannot be met during regular working hours, employees may be scheduled to work mandatory overtime. Overtime is considered a condition of employment, and refusal to accept it when reasonable notice has been given is cause for discipline, up to and including termination. ***Please note that all overtime must be approved in advance by the employee's manager.*** Working overtime without prior authorization may also result in disciplinary action up to and including termination of employment. Paid time off, such as holiday pay, vacation, bereavement time, and jury duty, does not apply toward work time for overtime purposes.

Overtime premium pay is generally available at the rate of one and one-half times an employee's regular rate of pay for all hours worked in excess of 40 hours per workweek, subject to any exceptions required by state law, including:

All non-exempt employees in *California* will be paid a premium for overtime hours as follows:

- One and one-half times their regular rate of pay for all hours worked in excess of 8 per workday, up to 12, or in excess of 40 in a workweek;
- One and one-half times their regular rate of pay for the first 8 hours on the seventh consecutive day of work in a workweek; and
- Double the regular rate of pay for all hours worked in excess of 12 in a workday and after 8 hours on the seventh consecutive day of work in a workweek.

All non-exempt employees in *Colorado* will be paid a premium for overtime hours as follows:

- One and one-half times their regular rate of pay for all hours worked in excess of 12 per workday or in excess of 40 in a workweek;
- One and one-half times their regular rate of pay for hours worked in excess of 12 consecutive hours, regardless of the starting and ending time of the workday.

## Meal and Rest Breaks

The Company complies with federal and state legal requirements concerning meal and rest breaks. The Company recognizes that employees perform at their best when they have the rest

and nourishment they need. This policy explains when the Company expects employees to take meal and rest breaks.

**Meal Breaks**

All employees who work eight or more hours in a day are permitted to take an unpaid meal break of 30 minutes, unless otherwise specified by state requirements listed below. Meal breaks are not counted toward hours worked.

Employees are to be completely relieved from duty during their meal break. If a non-exempt employee is required to perform any work duties while on their meal break period, the employee must be compensated for the time spent performing work duties. The time spent working during the meal break will be counted toward the total hours worked.

The Company does not pay non-exempt employees for **meal periods**, and consequently, non-exempt employees must record the start and stop times of their meal periods.

**Rest Breaks**

All employees are permitted a 15 minute paid rest break for each four-hour work-period. Breaks are not permitted at either the beginning or end of the workday to offset arrival or departure times. Employees who voluntarily work through their rest breaks will not be paid additional compensation.

Because **rest breaks** are paid, non-exempt employees should not clock out unless specifically directed using proper clock codes as directed by their department.

Managers are responsible for administering their department's meal and rest breaks.

Employees are responsible for reporting to their manager any meal break that was not provided or any rest break not authorized and permitted where the manager would have no reason to otherwise know of this fact.

## State Mandated Meal Breaks

The following Oscar approved states have specified meal and rest break requirements. Please refer to your applicable state guidelines.

| State | Meal Break Requirement | Rest Break Requirement |
|---|---|---|
| California<br><br>CA Meal Break Policy | 30 minutes, unpaid, for workshifts that exceed 5 hours; an additional unpaid meal period of 30 minutes for workshifts that exceed 10 hours | |

| | | |
|---|---|---|
| | An employee's first meal break must start before the end of the employee's fifth hour of work.<br><br>If an employee is entitled to a second meal period, it must start before the end of the employee's tenth hour of work. | |
| Colorado | 30 minutes, unpaid, for workshifts that exceed 5 hours<br><br>Must be taken at least one hour after the start and one hour before the end of the shift | 10 minute rest break for each 4 hours of work<br><br>To the extent practical, rest breaks should be in the middle of each 4 hour work period |
| Connecticut | 30 minutes, unpaid, for workshifts that exceed 7.5 hours | |
| Illinois | 20 minutes, unpaid, for workshifts that exceed 7.5 hours; addtl. unpaid 20 minutes for 4.5 hours beyond the initial 7.5 hours<br><br>Must start before the start of the employee's fifth hour of work | |
| Kentucky | Reasonable lunch period as close as possible to the middle of the employee's shift<br><br>Must be taken between the third and fifth hour of work from the start of the shift. | 10 minute rest break during every 4 hours of work |
| Maine | | 30 minute rest break for working more than 6 |

| | | |
|---|---|---|
| | | consecutive hours<br><br>Rest break can only be unpaid if the employee is completely relieved of duty |
| Massachusetts | 30 minutes, unpaid, for workshifts that exceed 6 hours | |
| Minnesota | | Adequate rest break during each 4 consecutive hours of work<br><br>Rest periods of less than 20 minutes must be paid |
| Nevada | | 10 minute paid rest break for each 4 hours worked, taken mid shift where practical |
| New Hampshire | 30 minutes, unpaid, for workshifts that exceed 5 hours | |
| New York | 30 minutes, unpaid, for workshifts that exceed 6 hours, which extends over the noonday meal period<br><br>For workshifts starting before 11am and extending past 7pm, an additional unpaid meal period of 20 minutes between 5pm and 7pm<br><br>For workshifts that exceed 6 hours starting between 1pm and 6pm, a 45 minute, unpaid, meal period midway between the beginning and end of workshift | |
| Oregon | 30 minutes, unpaid, for workshifts that exceed 6 hours.<br><br>Must be taken between the | 10 minute rest break for each 4 hours of work, taken mid shift to the extent practical |

| | | |
|---|---|---|
| | second and fifth hours of work or the third and sixth hours of work | |
| Rhode Island | 20 minutes, unpaid, for workshifts that exceed 6 hours; 30 minutes for workshifts that that exceed 8 hours | |
| Tennessee | 30 minutes, unpaid, for workshifts that exceed 6 hours<br><br>Cannot be taken before or during first hour of work | |
| Washington | 30 minutes, unpaid, for workshifts that exceed 5 hours<br><br>Must be taken no earlier than 2 hours and no later than 5 hours from start of shift | 10 minute rest break for each 4 hours of work, taken mid shift to the extent practical |

## Voluntary Time Off (VTO)

When business volume/need is lower than anticipated, non-exempt employees may be offered Voluntary Time Off, allowing for late arrival, early departure, or a full day off. VTO cannot be mandated, but should an employee choose to opt-in for VTO, they may apply accrued vacation, if available, or choose to take the time unpaid. VTO optionality is offered/triggered by department, and employees are encouraged to contact their manager with any questions.

## Lactation Accommodations

In accordance with local and federal law, Oscar will provide a reasonable amount of break time to accommodate an employee desiring to express breast milk for the employee's infant child each time the employee has need to express milk. If possible, the lactation break time should run concurrently with scheduled meal and rest breaks already provided to the employee. If the lactation break time cannot run concurrently with paid breaks already provided or if additional time is needed, the lactation break time will be unpaid for nonexempt employees.

Employees will be relieved of all work-related duties during any unpaid break. That said, if an employee does perform work during a lactation break, the employee should record that working time and will be paid for it. When unpaid breaks or additional time are required, employees

should work with their manager and PeopleServiceCenter@hioscar.com regarding scheduling and reporting the extra break time.

Because exempt employees receive their full salary during weeks in which they work, all exempt employees who need lactation accommodation breaks do not need to report any extra break time as "unpaid."

A room or other location identified for lactation may also be used for other purposes. However, during times when an employee is using the location for lactation purposes, that use will take precedence over all other uses.

Employees who wish to request lactation accommodation should work with the Leaves team for accommodation. The Leaves team will respond to all requests within 5 business days. If Oscar cannot provide break time or a location that complies with this Lactation Accommodation policy, the employee requesting the accommodation will be notified in writing. More information on the accommodations process can be found here.

The Company will not discriminate or retaliate against an employee who requests or uses a lactation accommodation in accordance with this policy or otherwise exercises their rights under applicable lactation accommodation law. Employees who feel their lactation accommodation rights have been violated can file a complaint with their relevant state or federal labor authority (e.g. the California Labor Commissioner's Office).

## Other Accommodations Related to Pregnancy or Childbirth

Oscar will provide reasonable accommodations for qualified individuals with known limitations related to pregnancy, childbirth, or related medical issues unless doing so creates an undue hardship to Oscar. Please contact PeopleServiceCenter@hioscar.com with any questions or requests for accommodation. Additional information on the accommodations process can be found here.

## Pay Schedule

Non-exempt employees are paid bi-weekly on Fridays (one week in arrears) and exempt employees are paid (current) on the 15th and last business day of the month. In the event that a regularly scheduled payday falls on a holiday or weekend, employees may be paid on the business day preceding the holiday or weekend, unless otherwise required by state law. You can find the full payroll schedule on the Payroll Confluence Page.

Paychecks or pay stubs will not be given to any person other than the employee without written authorization. Itemized pay stubs are accessible online via Workday. If an employee has any trouble accessing their pay stub, they should get support from their manager or escalate to PeopleServiceCenter@hioscar.com as necessary.

## Paycheck Deductions

We are required by law to make certain deductions (statutory) from an employee's paycheck each pay period. Statutory deductions typically include federal taxes, state taxes, local taxes (if applicable), Social Security (OASDI), Medicare, and garnishments/liens (if applicable). Depending on the state in which someone is employed and the benefits chosen, there may be additional deductions. All deductions and the amount of the deductions will be listed on an employee's pay stub.

In addition, deductions from pay are permissible when an exempt employee is absent from work for one or more full days for personal reasons other than sickness or disability; for absences of one or more full days due to sickness or disability if the deduction is made in accordance with a bona fide plan, policy or practice of providing compensation for salary lost due to illness; to offset amounts employees receive as jury or witness fees; for military pay; or for unpaid disciplinary suspensions of one or more full days imposed in good faith for workplace conduct rule infractions.

Oscar makes every effort to ensure employees are paid correctly. It is our policy to comply with the salary basis requirements of the federal Fair Labor Standards Act (FLSA) and applicable state law. Therefore, we prohibit all leaders from making any improper deductions from the salaries of exempt employees. We want employees to be aware of this policy and that the Company does not allow deductions that violate the FLSA or applicable state law.

Occasionally, however, inadvertent errors can happen. When errors do occur and are called to our attention, we promptly will make any correction that is necessary. Please review your pay stub when you receive it to make sure it is correct. If you believe that an improper deduction has been made to your salary, you should immediately report this information to your direct supervisor or to Payroll@hioscar.com. Reports of incorrect deductions will be promptly investigated. If it is determined that an incorrect deduction has occurred, you will be reimbursed in a timely manner.

## Bilingual Compensation

Oscar recognizes the importance, contribution, and performance of its employees in achieving and supporting the Company's mission. Oscar is committed to maintaining a bilingual compensation policy that ensures equitable job and position evaluation, competitive pay and performance-based pay increases. Regular full-time and part-time employees in the Concierge department in a role in which bilingual skills are a required expectation may request more information or schedule an assessment by emailing Translations@hioscar.com.

## Benefits

Benefits are a form of non-wage compensation. Oscar offers all employees who are regularly scheduled to work a minimum of 30 hours per week eligibility for medical insurance, dental insurance, vision insurance, life insurance, flexible spending and dependent care, and 401K retirement benefits,  among others. Employees have 30 days from their date of hire to enroll in or waive benefits in Workday. Benefit elections are effective on the employee's date of hire. Once an employee has made their elections, changes cannot be made until annual open enrollment, unless in coordination with a Qualified Life Event (QLE) during the year.

## Benefits Continuation (COBRA)

The federal Consolidated Omnibus Budget Reconciliation Act (COBRA) gives employees and their qualified beneficiaries the opportunity to continue health insurance coverage under Oscar's health plan when a "qualifying event" would normally result in the loss of eligibility. Some common qualifying events are resignation, termination of employment, or death of an employee; a reduction in an employee's hours or a leave of absence; an employee's divorce or legal separation; or a dependent child no longer meeting eligibility requirements. The employee or beneficiary pays the full cost of coverage at Oscar's group rates plus an administration fee. Oscar's COBRA Administrator provides each eligible employee with a written notice describing rights granted under COBRA when the employee becomes eligible for coverage under Oscar's health insurance plan. The notice contains important information about the employee's rights and obligations.

## 401(K)

Oscar recognizes the importance of saving for retirement and offers eligible employees a 401(k) plan.  All Regular employees are eligible to participate in the 401(k) plan and receive matching contributions with immediate vesting starting the first day of the month following the employee's date of hire. Additional information relating to 401(k) benefits is available on Confluence and can be further explained by the People Team.

For benefit-related questions and escalated support, please complete the Employee Benefit Support Form.

## Vacation Time

Vacation time is intended for planned absences to disconnect from work and should be utilized when other time off benefits are not applicable. Oscar encourages employees to use their vacation time fully and responsibly (i.e. planned in conjunction with your manager, scheduled around business responsibilities and/or deadlines, and with mindfulness towards your teammates and business partners). Employees must request vacation time through

Workday. Vacation time can be utilized in a minimum of one hour increments. Please note that any time away that is not approved by your manager may be subject to progressive disciplinary action. Unused vacation time is not payable upon separation from employment except where required by state law.

Your employment status determines your vacation policy:

- Non-Exempt Employee
  - Non-exempt, hourly employees accrue vacation time on a bi-weekly basis based on their length of service (*see chart below for further details*).
  - Vacation requests must be submitted to your manager at least 2 weeks in advance. Approval is subject to business needs.

| Years of Service | Paid Time Off Per Year | Accrual Per Pay Period (Hrs) |
|---|---|---|
| 0-3 Years | 15 Days (120 Hours) | 4.62 |
| 4+ Years | 20 Days (160 Hours) | 6.15 |

  - Where applicable, non-exempt employees must complete their job-training program before utilizing their vacation time - typically this time period is the first 90 days of employment. Please work with your leader to better understand the training timeframe.
  - Non-exempt, full-time employees can roll over any accrued, unused vacation time up to 5 days (40 hours) from one year to the next, unless a greater rollover is required by state law.

- Exempt Employee
  - Exempt, full-time employees do not accrue vacation time and are not subject to an annual limit on the amount of vacation time they use, subject to the following expectations:
    - Employees should not take time off that negatively impacts their job performance or the performance of the Company.
    - Employees should plan for the management of work that will be affected by their time off by coordinating with their managers and team members to ensure that work is covered and projects remain on track.
    - Employees should submit requests for vacation time at least two

weeks in advance.

        - Employees should not use vacation time for same-day absences or to cover health-related absences or medical leaves of absence, except as otherwise provided for herein.

    - Managers should generally evaluate vacation requests on a first-come basis. Managers may reject vacation requests if:

        - Approval of the request will result in inadequate staffing levels due to other team members already approved for leave at the requested time.
        - The requested time falls within a seasonally busy period or project crunch time or conflicts with important deadlines.
        - An employee's excessive use of vacation time is having an adverse impact on their productivity or job performance.

    The reasons for denial of a vacation request should be discussed with the employee and, if performance-related, with a People Strategy partner. Managers should not reject vacation requests to punish or discipline an employee or to keep them at work to perform tasks that are not critical or time-sensitive.

- Part-Time Employee
    - Part-time employees accrue .154 hours of vacation time per hour worked.
    - Vacation time must be submitted as a request to your manager at least 2 weeks in advance. Approval is subject to business needs.
    - Part-Time employees can accrue up to 8 days (64 hours) per year.
    - Part-time employees can roll over any unused, accrued vacation time up to 2.5 days (20 hours) from one year to the next, unless a greater rollover is required by state law.

Time Off During a Resignation Period

All employees are subject to specific guidelines regarding time off usage during their resignation period.

- Generally, an employee is prohibited from using vacation time, Floating Holidays or Wellness Days within two weeks of their resignation, or within two weeks of an involuntary termination of which they have prior notice (i.e. RIF, role elimination).

- That said, pre-approved vacation or Floating Holidays that fall within two weeks of an employee's departure that have already been taken upon tendering their resignation should not be revoked or reversed.
- In addition, pre-approved Wellness Days can remain intact, provided the employee meets the offering's eligibility requirements.
- Certain other circumstances may warrant exception to this guidance, such as those governed by other Company policies (e.g. Sick Time, Wellness Days, Bereavement Leave, LOAs, Company Holidays).

## Paid Sick and Safe Time

Oscar's paid sick and safe time (referred to here for ease as "sick time") can be used in the event of illness of the employee or a family member; need for diagnosis, care, treatment or preventive care; reasons related to domestic violence, sexual violence or stalking; or any other reason required by applicable law. Use of sick time for other purposes is not allowed and may result in discipline. Family members include a spouse, child, or parent; any other individual related to the employee by blood; any other individual whose close association to an employee is the equivalent of a family relationship; and any other person for whom an employee can use paid sick time pursuant to applicable law.

- Paid sick time can be utilized in a minimum of 30 minute increments unless otherwise required by applicable law.
- Use of paid sick time does not require advanced notice or manager approval, but employees must comply with the Attendance Policy, which requires you to call prior to shift or notify your manager for early departures.
- Paid sick time must also be submitted in Workday to be processed. For instructions on how to view your balances, please visit Workday's Confluence page.
- Unused accrued sick time is not payable upon termination of employment.
- An employee who is rehired within one year may use any earned sick time that was available to the employee at the time of separation.
- Employees who are not subject to an annual limit on vacation time should note that vacation should not be used in the event of illness or medical need except as otherwise provided herein.

We leave it up to employees' best judgment to determine when they are too sick to come into work, but we ask that everyone be mindful of the health and wellness of those around them.

Oscar employees accrue one (1) hour of paid sick time for every 30 hours worked, subject to the state-based accrual caps set forth below. Exempt employees will be assumed to work 40 hours per week for accrual purposes, unless they are regularly scheduled to work fewer than 40 hours per week, in which case sick time is accrued based upon their regularly scheduled hours.

Employees in **Alabama**, **Arizona, Connecticut, Florida, Georgia, Iowa, Kentucky, Massachusetts, Michigan, New Hampshire, North Carolina, Ohio, Oregon, Pennsylvania, Rhode Island, Tennessee, Texas, Utah, Virginia and Washington D.C.** can accrue and use up to 40 hours of sick time per calendar year. Unused sick time up to 40 hours will roll over to the following calendar year.

Employees in **California** can accrue and use up to 72 hours of sick time per calendar year. Any unused sick time will roll over to the following calendar year, but employees who have accrued a balance of 80 hours of unused sick time will not accrue additional sick time until some is used.

Employees in **Colorado** can accrue and use up to 48 hours of sick time per calendar year. Unused sick time up to 48 hours will roll over to the following calendar year. For a copy of Colorado's Workplace Public Health Rights requirements, click here.

Employees in **Illinois** can accrue up to 40 hours of sick time per calendar year, and can use up to 60 hours of sick time per calendar year. All unused sick time will roll over to the following calendar year. In accordance with the Illinois Paid Leave for All Workers Act, employees in Illinois may use sick time for any reason and are not limited to the uses specified above, but must give Oscar at least seven calendar days advance notice if such use of sick time is foreseeable.

Employees in **Maryland** can accrue up to 40 hours of sick time per calendar year. Unused sick time up to 40 hours will roll over to the following calendar year, but an employee may not accrue more than 64 hours of sick time at any time.

Employees in **New Jersey** can accrue and use up to 40 hours of sick time per calendar year. Unused sick time up to 40 hours will roll over to the following calendar year. For a copy of New Jersey's Earned Sick Leave Notice of Employee Rights, click here.

Employees in **New Mexico** can accrue and use up to 64 hours of sick time per calendar year. Unused sick time up to 64 hours will roll over to the following year.

Employees in **New York** can accrue and use up to 56 hours of sick time per calendar year. All unused sick time will roll over to the following calendar year. Employees in New York should reference the New York Paid Sick and Safe Leave policy here.

Employees in **Washington** may use sick or safe leave for any protected purposes under applicable law and will accrue 1 hour of sick/safe leave for every 30 hours worked. Any unused sick time up to 72 hours will roll over to the following year. Sick time may be used in 1 minute increments. Employees in Washington have the right to request and use sick/safe leave. Discrimination or retaliation against an employee for their exercise of any rights provided by the Washington Paid Sick Leave law, including the use of sick/safe leave, is prohibited. Employees working in **Seattle WA**, should reference the Seattle Sick and Safe Time Ordinance policy here.

## COVID-Related Time Off

Oscar offers the COVID Time Away offering described below to ensure its employees are taking care of their mental and physical health.

COVID Sick Time

Employees who test positive for COVID-19 are eligible for Oscar's COVID Sick Time with proper documentation. This offering provides employees with three consecutive days (24 hours total regardless of work schedule) of paid time off per rolling year to focus on their recovery. Time away can be requested directly via Workday with documentation showing a positive COVID test conducted by a physician/lab. Oscar's COVID Sick Time may not be utilized in addition to any applicable mandated federal or state COVID time away.

## Wellness Days

In addition to paid sick time, all regular, full-time Oscar employees are offered paid Wellness Days. Wellness Days are meant to allow employees to take care of themselves physically, emotionally, and mentally. As a health insurance company, we encourage our members to prioritize wellness, and we encourage our employees to do the same.

Oscar grants each employee one Wellness Day after each six-month period of employment. Unused Wellness Days expire six months after grant. Wellness Days must be used in full-day (8-hour) increments.

Requests for Wellness Days will not be approved within two weeks of an employee's resignation date. Pre-approved Wellness Days can remain intact provided the employee meets the offering's eligibility requirements. For more information regarding Wellness Days, please consult Confluence.

## Holidays

Oscar currently recognizes the following paid holidays (but note that the list below may be adjusted year-to-year). Specific office locations may or may not be closed on certain holidays. If you have questions about holiday observance for your site, please connect with your manager. Employees and contractors should consult their manager with any questions.

Please note that part time employees, temporary employees and employees on leaves of absence are not eligible for paid holidays.

| 2025 Holidays | Day/Date |
|---|---|
| New Year's Day | Wednesday, January 1, 2025 |

| | |
|---|---|
| Martin Luther King, Jr Day | Monday, January 20, 2025 |
| Memorial Day | Monday, May 26, 2025 |
| Juneteenth | Thursday, June 19, 2025 |
| Independence Day | Friday, July 4, 2025 |
| Labor Day | Monday, September 1, 2025 |
| Thanksgiving | Thursday, November 27, 2025 |
| Day After Thanksgiving | Friday, November 28, 2025 |
| Christmas Day | Thursday, December 25, 2025 |

Holiday time off is not accrued or earned time and is not paid out upon exit. Non-exempt employees should review guidelines on Oscar's holiday pay offering.

In roles that include coverage shifts (e.g. Care Delivery), employees may be required to work on certain holidays. Holiday premium pay may be available to certain employees who work on an Oscar holiday. Please consult your manager with respect to any questions concerning holiday premium pay.

*Consistent with Company policy for all types of leave, you will not accrue vacation or other benefits while you are on unpaid FMLA or ADA leave. Additionally, you will not be paid for holidays that occur during the leave. You must work per the guidelines above in order to receive holiday pay.*

## Floating Holiday

All regular, full-time employees will receive two (2) additional paid days during each calendar year, to use at their discretion. The intent of Floating Holidays is to allow employees to observe holidays outside of the regular company holiday calendar and must be requested two weeks in advance. Floating Holiday may be used in increments of two (2) hours for sixteen (16) hours total; they do not roll over into the next year. Floating Holidays will not be approved within two weeks of an employee's resignation date and Floating Holidays that have been approved are subject to denial following an employee's notice of resignation. Floating Holidays are not paid out upon exit from the company.

## Reproductive Loss Leave

Oscar provides eligible employees up to five (5) days of paid leave following a reproductive loss event. For purposes of this policy, "reproductive loss event" means the day or, for a multiple-day event, the final day of a failed adoption, a failed surrogacy, a miscarriage, a stillbirth, or an unsuccessful assisted reproduction.

To be eligible for leave under this policy, an employee must be employed by Oscar for at least 30 days prior to the commencement of the leave and must experience:

- A failed adoption, where the employee would have been a parent of the adoptee had the adoption been completed;
- A failed surrogacy, where the employee would have been a parent of a child born as a result of the surrogacy; or
- A miscarriage, a stillbirth, or an unsuccessful assisted reproduction by (i) the employee, (ii) the employee's current spouse or domestic partner, or (iii) another individual where the employee would have been a parent of a child born as a result of the pregnancy.

Employees may take the days of an approved reproductive loss leave on a non-consecutive basis. Employees experiencing multiple reproductive loss events are limited to 20 days of reproductive loss leave in any rolling 12-month period.

Reproductive loss leave must generally be completed within three (3) months of the applicable reproductive loss event, unless the employee chooses to go on leave from work pursuant to another state or federal leave entitlement prior to or immediately following the reproductive loss event, in which case the reproductive loss leave must be completed within three (3) months of the end of such other leave.

Any information provided to Oscar pursuant to this policy shall be maintained as confidential and shall not be disclosed except to internal personnel or Oscar's leave administrators or counsel, as necessary, or as required by law.

It shall be a violation of this policy for any Oscar employee to interfere with, restrain, or deny an employee's right to reproductive loss leave under law or to retaliate against an employee for exercising the right to reproductive loss leave under law.

Reproductive loss leave under this policy runs concurrently with any reproductive loss leave, family or medical leave, sick leave, or other leave for which an employee may be eligible under applicable law related to the same reproductive loss event. If an employee is eligible for additional unpaid reproductive loss leave, they may use available vacation, Wellness Days, Floating Holidays, or sick leave to receive pay during such leave.

Employees in Illinois may be eligible for additional unpaid reproductive loss leave pursuant to the Illinois Family Bereavement Act. Employees in Colorado, Massachusetts, Minnesota, and Oregon may be eligible to use earned sick time in connection with a reproductive loss event. Please visit Confluence for more information.

## Bereavement

It is Oscar's intention to support employees during their times of grief and bereavement. All bereavement requests must be entered directly in Workday. Visit the Confluence for more information on how to request Time Off.

Immediate Family Member:

> All regular, full-time employees may take ten (10) days off with pay upon the death of their immediate family member. For purposes of this policy, an immediate family member includes a parent, spouse, domestic partner, adult dependent, child, step-child, sibling, sibling-in-law or parent-in-law, or child's parent). A parent, sibling, or child includes a non-relation who holds a position of equal significance in the employee's life.

Other Family Members:

> All regular, full-time employees are eligible to receive paid bereavement time once per year upon the death of a family member who is not an immediate family member. Employees may take a total of two (2) days off in the case of such deaths, and the time does not need to be taken consecutively. See 'Utilization' expectations below for more details.

Utilization:

Bereavement time off must be utilized within (12) twelve months from the date of death. For *Immediate Household Members,* the time may be taken in half portions (5 days) or in its entirety (10 days). For *Other Family Members,* the time does not need to be taken consecutively. Unused time will not be stored or rolled over.

Documentation:

> Oscar requires documentation when requesting bereavement leave. Documentation must be one of the following:
>
> 1. Death Certificate
> 2. Funeral Home Record

3. Memorial Service Announcement
4. Obituary

All bereavement time will be reviewed, approved, and paid out once an employee has uploaded complete documentation in Workday when requesting the time away. Documentation should include: Name of passed individual, date of passing, and funeral arrangements. All documentation is reviewed by the People Team; supplemental/additional documentation for verification purposes may be requested.

The Company reserves the right to request written verification of an employee's familial relationship to the deceased and his or her attendance at the funeral service as a condition of the bereavement pay.

y;

Additional Time Off:

Oscar understands the deep impact that death can have on an individual or a family; therefore additional non-paid time off may be granted. The employee may make arrangements with their manager for additional unpaid days off in the instance of the death of an immediate family member. Additional unpaid time off may also be granted depending on circumstances such as distance, the individual's responsibility for funeral arrangements, and the employee's responsibility for taking care of the estate of the deceased. Individual employee circumstances may be discussed with the employee's manager to determine whether additional considerations are needed.

Employees in California may also be eligible for bereavement leave pursuant to applicable state law, as set forth in the CA bereavement leave policy in Confluence.

## Jury Duty

Oscar encourages employees to serve on jury duty when called. If you're legally obliged to serve jury or witness duty as requested by a court, inform your manager of your obligation as soon as you're notified. Oscar will provide up to five (5) days of paid time off for jury or witness duty per summons, with any additional necessary time off unpaid. Depending on business necessity, your manager may choose to ask the court to have you excused. If you're away from work because of jury or witness duty, you'll need to present evidence of such duty to the company before your absence and upon your return as applicable—be sure to obtain documentation from the court clerk confirming your service as a juror. You will be expected to report or return to work for the remainder of your work schedule on any day you are dismissed from jury duty. Applicable legal requirements will be followed.

## Voting Time

Oscar recognizes the importance of every U.S. citizen to vote in general elections. In the event an employee does not have sufficient time outside of working hours to vote in state or

federal elections, the employee may take off working time to vote. Sufficient time is defined as four consecutive hours either between the opening of the polls and the beginning of your working shift or between the end of your working shift and the closing of the polls, unless otherwise indicated by applicable state law. If scheduling difficulties make this impractical, you may be able to take time off with prior approval from your manager or as provided by applicable state law. Your manager must be notified at least two (2) days prior to the respective voting day that you intend to take such time off.

### Employee Resource Group (ERG) Time

Oscar values the contributions of ERGs to our company culture. Full-time Oscar employees may spend up to two (2) hours per month participating in meetings, events, and/or activities sponsored by these groups during regular working hours. Full-time Oscar employees in ERG leadership roles (chairs and co-chairs only) may spend 6 additional hours (8 hours total) per month for ERG leadership meetings, events, and/or activities during regular working hours. This time must be entered in Workday at least one week prior to the meeting, event, or activity, and is subject to manager approval. If you feel you need to spend additional time during or after working hours participating in or supporting ERGs, please discuss it with your manager and receive their approval before proceeding. Time spent on ERGs should not impact prioritization or performance of your regular job duties and responsibilities. With the exception of voluntary events or activities that are not job-related and occur outside of regular working hours, all ERG time will be paid. Participants are expected to RSVP (via meeting invite) and attend the meetings, events, and/or activities they have submitted for ERG Time.

## Leaves of Absence

In certain circumstances, employees may request a Leave of Absence (LOA) from work. Leaves of absence are generally granted without pay, but an employee may be permitted or required to use vacation time or sick time in certain circumstances to substitute for otherwise unpaid leave. Leaves may be granted for a variety of reasons, including (without limitation): your medical disability, a serious health condition for you or a qualifying family member, pregnancy, bonding with a newborn, military leave, or personal leaves Oscar deems compelling, all subject to eligibility requirements. If additional time is required, employees must partner with their Leaves team and their manager. Oscar employees who are taking a continuous leave will have their systems and badge access suspended while their leave continues.

Employees who are on leave will not accrue vacation time, Sick Time, and Wellness Days. Employees will resume accruing once they have actively returned to work. Please reach out to PeopleServiceCenter@hioscar.com for additional guidance regarding benefit continuation

during a LOA. Applicable benefit premiums not collected during a leave period will be collected upon return to active status, over one or several pay periods. For more information, visit the Leaves Confluence page.

## Parental Leave

Welcoming a new child is a life-changing event, and it is Oscar's intention to support employees who are welcoming new additions to their families by cultivating an environment where employees can thrive professionally without sacrificing essential family obligations. The purpose of this policy is to give parents flexibility and time to bond with their new child and adjust to their new family situation.

Parental Leave can be taken in connection to the birth of an employee's child, the placement of an adopted child in an employee's home, or upon foster placement of a child in the employee's home.

*Eligibility*

To qualify for Parental Leave under this Policy, the employee must be classified as a full-time, non-seasonal employee and (1) have given birth to a child, (2) be a spouse or committed partner of a person who has given birth to a child, (3) have adopted or assumed foster care of a child who is 17 years or younger, or (4) welcomed a child into the world by way of surrogate. This policy does not apply to the adoption of a stepchild by a stepparent.

All full-time exempt employees are eligible for Parental Leave immediately at their date of hire. All full-time non-exempt employees are eligible for Parental Leave six months (180 days) from their date of hire.

All full-time employees who are the birth parent are eligible for Short Term Disability immediately at their date of hire. Parental Leave/Bonding Time and Short Term Disability will not run concurrently.

*Parental Leave/Bonding Time Provisions*

All eligible full-time employees may take up to 10 weeks of paid Parental Leave/Bonding Time compensated at 100% of the employee's regular pay, for the birth or adoption of a child. While state benefits may also be available, the expectation is that employees never receive more than 100% of their regular pay. For non-exempt employees, pay is determined on the basis of a 40-hour workweek with no overtime. Eligible employees are entitled to up to two weeks of flexible or ramp-up time upon their return to work following the conclusion of Parental Leave.

Depending on an employee's job responsibilities, this flexible time can include working from home, working part-time and/or a decreased work schedule. Employees must work with their manager regarding details of this flexible return-to-work time.

Parental Leave as described by this policy is available to be taken within the 12-month period immediately following the birth, adoption, or foster placement of a child and can be broken up into 2 segments, but the employee must return to work for a full 90 days between. Employees that reach eligibility during the 12-month period immediately following the birth or adoption of a child are entitled to this leave as well. Parental Leave/Bonding Time not completed prior to the 12-month period immediately following the birth, adoption, or foster placement of the child will no longer be available to use.

*Short Term Disability* for birthing parents

All full-time employee birthing parents are eligible at their date of hire for an additional 6 to 8 weeks of time off due to pregnancy-related disability as approved under Oscar's Short Term Disability (STD) coverage.

Following a 7-day STD waiting period, STD will begin paying a benefit amount equal to 60% of the employee's salary (up to $2,500 per week*). Upon birth of the baby (and following the 7-day STD waiting period, if applicable), Oscar will pay the difference between the employee's regular base pay and the STD benefit amount. This make-whole policy applies to any approved STD leave for birthing parents in effect as of November 1, 2023 or later. For non-exempt employees, pay is determined on the basis of a 40-hour workweek with no overtime. Available vacation or sick time may be used to cover the 7-day STD waiting period, which otherwise will be unpaid.**

**Maximum Disability Benefit: $2,500 per week. The pay rate for STD is determined by your base pay rate as of the date of disability and does not include any merit or market adjustments that may take effect after the date of disability. Your weekly benefit amount will be reduced by applicable offsets (such as state disability benefits and state paid family and medical leaves), taxes and/or deductions. Your benefit will not be less than $25.00 after the reduction for any applicable offsets. Your benefits will be prorated if they are payable for a partial payment period. Your benefit will be divided by 7 days and then multiplied by the number of days payable for the payment period.*

***The STD Waiting Period is automatically paid for Exempt employees. No vacation or sick time should be entered for these employees.*

*Bonus Plan*

Per Oscar's Bonus Plan, should an employee be eligible for a bonus, the employee's bonus is determined based on actual earnings, rather than base salary. If an employee takes Parental

Leave, the bonus will be based on actual earnings in the applicable year, including salary paid by Oscar during Parental Leave.

*Stock Options and RSU Vesting*

For the purposes of an eligible employee's stock option/RSU agreement, an eligible employee's service shall be deemed to continue while the participant is on a bona fide leave of absence pursuant to this policy, subject to applicable laws and regulations. This policy serves as written approval of an eligible employee's Parental Leave for the purposes of demonstrating the employee's continuous service per the terms of the applicable stock option agreement.

*Notice*

An eligible employee shall notify their manager of the need for Parental Leave and include the estimated timing and duration of such leave at least 60 calendar days, where reasonable, in advance of the need for Parental Leave.

*Additional*

Multiple births, adoptions, or foster placements that occur simultaneously do not increase the length of Parental Leave. Upon termination of employment, the employee shall not be eligible for payment for any unused Parental Leave. An employee's eligibility for Oscar employee benefit programs will not be affected by the employee's use of Parental Leave, provided the employee is otherwise eligible for such benefits. Oscar may take disciplinary action, up to and including termination, against any employee who uses Parental Leave for purposes other than those described in this Policy.

## Personal Leave of Absence

After 90 consecutive days of employment, employees who need to be absent from work for reasons not covered by another leave offering may request a Personal Leave of Absence (PLOA) for up to 30 continuous calendar days. Personal Leave of Absence (PLOA) is a discretionary offering intended to provide employees with an additional, unpaid time away resource in certain exigent circumstances when other leave and/or time away options do not apply. Not every situation will qualify for PLOA.

The proposed dates of the PLOA must be included in the initial leave request. A PLOA may be taken in one continuous block of time or split into two continuous blocks of time (not to total more than 30 calendar days). If split, the two blocks of PLOA time must be completed within 60 calendar days of the first PLOA date. A PLOA may not be requested within 90 calendar days

following the completion of a previous PLOA. Each PLOA request is subject to review and approval at Oscar's discretion. PLOAs are granted without pay. Employees cannot apply any time away codes to a PLOA. A Personal Leave may be granted for reasons including (but not limited to): homelessness/displacement, the serious illness or injury of an employee's child, parent, or spouse*; an employee's required attendance at legal or court proceedings (other than if the employee is charged with a crime); an employee suffering as the victim of a serious crime**; and emergencies resulting from a natural disaster.

- Employees must be meeting current performance and attendance expectations in order to be eligible to use a PLOA. In addition, employees must not be on an active "Performance Improvement Plan" or "Corrective Action Plan" at the time of a PLOA request.

Absent extenuating circumstances, failure to return to work within three consecutive days after the expiration of an approved leave will be considered a voluntary resignation.

**When the employee is not otherwise eligible for FMLA and/or state or local leave entitlements*

***Such crimes include domestic violence, physical/sexual assault, and stalking. Leave may be used to recover from the effects of that crime and to attend criminal proceedings or obtain an order of protection. Certain states may also have state-sponsored leave entitlements for victims of crime or their families, in which case a PLOA would not be available.*

## Family and Medical Leave Policy

The Company will grant family and medical leave in accordance with the requirements of the federal Family and Medical Leave Act and, for employees working in:

| State | Resource |
|---|---|
| California | California Paid Family Leave & more |
| Colorado | Colorado Family & Medical Leave Insurance program |
| Connecticut | Connecticut Paid Family and Medical Leave Act |
| Massachusetts | Massachusetts Paid Family and Medical Leave Act |

| | |
|---|---|
| New Jersey | New Jersey Temporary Disability Benefits Law |
| New York | Disability and Paid Family Leave Benefits Law |
| Oregon | Paid Leave Oregon |
| Rhode Island | Temporary Disability Insurance Law |
| Washington | Washington Paid Family and Medical Leave Act |
| Washington D.C. | DC Paid Family Leave |

Although the federal and state laws have different names, the Company refers to the federal Family and Medical Leave Act (Fed-FMLA) and state FMLA laws collectively as "FMLA Leave." In any case, employees will be eligible for the most generous benefits available under applicable law.

Employee Eligibility

To be eligible for FMLA leave, an employee must:

- have worked for Oscar for at least 12 months; and
- have worked at least 1,250 hours during the 12 months prior to the start of the FMLA leave.

Eligibility requirements may differ for employees who have been on a protected military leave of absence. If employees are unsure whether they qualify for FMLA Leave (federal or state), they should contact PeopleServiceCenter@hioscar.com.

Reasons for Leave

Federal and state laws allow FMLA Leave for various reasons. Because employees' legal rights and obligations may vary depending upon the reason for the FMLA Leave, it is important to identify the purpose or reason for the leave. Fed-FMLA leave and California Family Rights Act (CFRA) leave run concurrently except for the following reasons: to care for a registered domestic partner or a child of a registered domestic partner (CFRA only), incapacity due to pregnancy or prenatal care as a serious health condition (Fed-FMLA only), qualifying exigency leave (Fed-FMLA only) and military caregiver leave (Fed-FMLA only).

- The birth, adoption or foster care of an employee's child within 12 months following birth or placement of the child (Bonding Leave);

- To care for an immediate family member (spouse, registered domestic partner, child, child of a registered domestic partner or parent) with a serious health condition (Family Care Leave);
- An employee's inability to work because of a serious health condition (Serious Health Condition Leave);
- A "qualifying exigency," as defined under the FMLA, arising from a spouse's, child's or parent's "covered active duty" as a member of the military reserves, National Guard or Armed Forces (Qualifying Exigency Leave); or
- To care for a spouse, child, parent or next of kin (nearest blood relative) who is a "Covered Servicemember" (Military Caregiver Leave).

Providing any false or misleading information relative to a requested or approved FMLA leave will be cause for disciplinary action, up to and including discharge.

Definitions

- "Child," for purposes of Bonding Leave and Family Care Leave, means a biological, adopted or foster child; a stepchild; a legal ward; or a child of a person standing in loco parentis, who is either under age 18, or age 18 or older and incapable of self-care because of a mental or physical disability at the time that FMLA Leave is to commence. "Child," for purposes of Qualifying Exigency Leave and Military Caregiver Leave, means a biological, adopted or foster child; stepchild; legal ward; or a child for whom the person stood in loco parentis, and who is of any age.
- "Parent," for purposes of this policy, means a biological, adoptive, step or foster father or mother, or any other individual who stood in loco parentis to the person. This term does not include parents-in-law. For Qualifying Exigency Leave taken to provide care to a parent of a deployed military member, the parent must be incapable of self-care as defined by the FMLA.
- "Covered Active Duty" means (1) in the case of a member of a regular component of the Armed Forces, duty during the deployment of the member with the Armed Forces to a foreign country; and (2) in the case of a member of a reserve component of the Armed Forces, duty during the deployment of the member with the Armed Forces to a foreign country under a call or order to active duty (or notification of an impending call or order to active duty) in support of a contingency operation as defined by applicable law.
- "Covered Servicemember" means (1) a member of the Armed Forces, including a member of a reserve component of the Armed Forces, who is undergoing medical treatment, recuperation or therapy; is otherwise in outpatient status; or is otherwise on the temporary disability retired list, for a serious injury or illness incurred or aggravated in the line of duty while on active duty that may render the individual medically unfit to perform their military duties; or (2) a person who, during the five years prior to the treatment necessitating the leave, served in the active military, Naval or Air Service, and who was discharged or released under conditions other than dishonorable (a "veteran"

as defined by the Department of Veteran Affairs), and who has a qualifying injury or illness incurred or aggravated in the line of duty while on active duty that manifested itself before or after the member became a veteran.

- "Spouse" means the other person with whom an individual entered into marriage as defined or recognized under state law in the state in which the marriage was entered into or, in the case of a marriage entered into outside of any state, if the marriage is valid in the place where entered into and could have been entered into in at least one state. This definition includes an individual in a common law marriage that either (1) was entered into in a state that recognizes such marriages; or (2) if entered into outside of any state, is valid in the place where entered into and could have been entered into in at least one state. For purposes of CFRA leave, a spouse includes a registered domestic partner.
- "Serious health condition" means an illness, injury, impairment or physical or mental condition that involves either:
    - Inpatient care (including, but not limited to, substance abuse treatment) in a hospital, hospice or residential medical care facility, including any period of incapacity (that is, inability to work, attend school or perform other regular daily activities) or any subsequent treatment in connection with this inpatient care; or
    - Continuing treatment (including, but not limited to, substance abuse treatment) by a healthcare provider that includes one or more of the following:
        - A period of incapacity (that is, inability to work, attend school or perform other regular daily activities due to a serious health condition, its treatment or the recovery that it requires) of more than three consecutive calendar days, and any subsequent treatment or period of incapacity relating to the same condition, that also involves treatment two or more times via an in-person visit to a healthcare provider, or at least one visit to a healthcare provider that results in a regimen of continuing treatment under the supervision of the healthcare provider.
        - Any period of incapacity due to pregnancy or prenatal care (under the Fed-FMLA, but not the CFRA).
        - Any period of incapacity or treatment for incapacity due to a chronic serious health condition that requires periodic visits to a healthcare provider, continues over an extended period of time and may cause episodic incapacity.
        - A period of incapacity that is permanent or long-term due to a condition for which treatment may not be effective, such as Alzheimer's, a severe stroke and the terminal stages of a disease.
        - Any period of absence to receive multiple treatments (including any period of recovery) by a healthcare provider either for (a) restorative surgery after an accident or other injury; or (b) a condition that would

likely result in a period of incapacity of more than three consecutive calendar days in the absence of medical intervention or treatment.

- "Serious injury or illness" in the case of a current member of the Armed Forces, National Guard or Reserves is an injury or illness incurred by a covered servicemember in the line of duty on active duty (or that preexisted the member's active duty and was aggravated by service in the line of duty on active duty) in the Armed Forces that may render the individual medically unfit to perform the duties of their office, grade, rank or rating. In the case of a covered veteran, "serious injury or illness" means an injury or illness that was incurred in the line of duty on active duty (or existed before the beginning of the member's active duty and was aggravated by service in line of duty on active duty) and that manifested itself before or after the member became a veteran.
- "Qualifying exigency" is defined by the Department of Labor and generally includes events related to short-notice deployment, military ceremonies, support and assistance programs, changes in childcare, school activities, financial and legal arrangements, counseling and post-deployment activities. Qualifying Exigency Leave may also be used to spend up to 15 days with military members who are on short-term, temporary, rest and recuperation leave during their period of deployment.

Length of Leave

If the reason for leave is common to both Fed-FMLA and CFRA and, therefore, running concurrently, the maximum amount of FMLA Leave will be 12 workweeks in any 12-month period when the leave is taken for: (1) Bonding Leave; (2) Family Care Leave; and (3) Serious Health Condition Leave. If the reason for leave is not common to both Fed-FMLA and CFRA and, therefore, not running concurrently, then an eligible employee may be entitled to additional leave under applicable law. For further details, please consult Confluence.

Intermittent or Reduced Schedule Leave

Under some circumstances, employees may take FMLA Leave intermittently, which means taking leave in blocks of time or reducing the employee's normal weekly or daily work schedule. An employee may take leave intermittently or on a reduced schedule whenever it is medically necessary to care for the employee's child, parent or spouse with a serious health condition or because the employee has a serious health condition. The medical necessity of the leave must be determined by the healthcare provider of the person with the serious health condition. For further details, please consult Confluence.

*Notice and Certification: Please consult Confluence for further details.*

## Reporting Absences for Intermittent Leave

If you have been approved for intermittent leave and request leave time that is unforeseeable, you must comply with the Attendance Policy, which requires you to call prior to shift or notify your manager for early departures. If there is a date (with # of hours) that shows as "Denied", this means that your time away from work does not qualify to be covered under your current

leave. These denied absences may be counted as attendance occurrences. If an employee believes a leave was improperly denied, they should contact Prudential immediately and alert peopleservicecenter@hioscar.com immediately. Oscar will investigate and correct any errors. Each employee must report time taken for intermittent leave to Prudential no more than 5 business days after the absence date. There is a two-step process of reporting absences or time away from work. Failure to report time taken may result in disciplinary action, up to and including termination. Visit Confluence for more information and expectations on reporting absences.

## Recertification After Grant of Leave

In addition to the requirements listed above, if an employee's Fed-FMLA leave is certified, the Company may later require medical recertification in connection with an absence that the employee reports as qualifying for Fed-FMLA leave. Please consult Confluence for further details.

## Operation of Leaves

For details regarding compensation, benefits continuation, and job reinstatement in relation to your leave, please consult Confluence.

## Military Leave

Oscar is committed to protecting the job rights of employees absent on military leave. In accordance with federal and state law, no employee or prospective employee will be subjected to any form of discrimination on the basis of that person's membership in, or obligation to perform service for, any of the Uniformed Services of the United States. Specifically, no person will be denied employment, reemployment, promotion, or other benefit of employment on the basis of such membership. Furthermore, no person will be subjected to retaliation or adverse employment action because such person has exercised their rights under applicable law or this policy.

Employees taking part in a variety of military duties are eligible for benefits under this policy. Such military duties include leaves of absence taken by members of the uniformed services, including Reservists, National Guard members for training, periods of active military service, and funeral honors duty, as well as time spent being examined to determine fitness to perform such service. Subject to certain exceptions under the applicable laws, these benefits are generally limited to five years of leave of absence. Please reach out to PeopleServiceCenter@hioscar.com for additional information.

## Americans with Disabilities Act (ADA)

Oscar will reasonably accommodate qualified individuals with a disability so that they can perform the essential functions of a job unless doing so causes a direct threat to these individuals or others in the workplace and the threat cannot be eliminated by reasonable

accommodation, or if the accommodation creates an undue hardship to Oscar. Oscar defines "direct threat" as significant risk to the health, safety or well-being of individuals with disabilities or others when this risk cannot be eliminated by reasonable accommodation. Please contact PeopleServiceCenter@hioscar.com with any questions or requests for accommodation. Additional information on the accommodations process can be found here.

## Short Term Disability (STD)

Short-term disability (STD) is for a temporary disability due to an eligible non-occupational illness or injury or an eligible disabling pregnancy-related condition. STD is not a standalone type of leave, nor is it job protected. It is the pay component connected to a leave of absence.

The company provides a policy that may replace up to 60% of your salary*, for qualifying disabilities, for up to a maximum benefit of 91 days (13 weeks), which includes the elimination period. To learn more about the benefit or apply for STD, please visit Prudential online or reach them by phone at 877-367-7781.

*Maximum Disability Benefit: $2,500 per week. The pay rate for STD is determined by your base pay rate as of the date of disability and does not include any merit or market adjustments that may take effect after the date of disability. Your weekly benefit amount will be reduced by applicable offsets (such as state disability benefits and state paid family and medical leaves), taxes and/or deductions. Your benefit will not be less than $25.00 after the reduction for any applicable offsets. Your benefits will be prorated if they are payable for a partial payment period. Your benefit will be divided by 7 days and then multiplied by the number of days payable for the payment period.

## Discontinuation of Benefits

If an employee exhausts the entirety of their Short Term Disability allotment (90 days) and is not able to return to work, their leave becomes designated as Long Term Disability. After 12 months of disability leave or when an employee exhausts the entirety of their workers' compensation allotment, Oscar will no longer maintain an employee's benefits. Employees will have the option to continue to participate in the Company's group health coverage pursuant to the federal law known as COBRA.

## Long Term Disability (LTD)

Long-term disability (LTD) begins to assist the employee when short term disability insurance (STD) benefits end. The company provides a policy that may replace up to 60% of your salary, up to a maximum benefit of $15,000 per month, for qualifying disabilities. A waiting period of 90 days will apply. LTD is not a standalone type of leave, nor is it job protected; however, it is the pay component connected to a leave of absence.

To learn more about the benefit or apply for LTD please visit Prudential online or reach them by phone 877-367-7781.

## Family Leave Insurance - California

In compliance with state law, California employees may be eligible for up to eight weeks of state-provided paid family leave (PFL) insurance benefits when they take time off for one of the following purposes:

- To bond with a child during the first 12 months after the child's birth or after the placement of a child for adoption or foster care with the employee; or
- To care for an immediate family member (spouse, registered domestic partner, child, parent, grandparent, grandchild, sibling and parent-in-law defined by the PFL law) who is seriously ill and requires care .

Please note that these benefits are administered by the state of California and not by Oscar. For further details, please consult Confluence.

## New York Paid Prenatal Personal Leave

In accordance with the New York Paid Sick Leave Law, eligible employees in New York may use up to twenty hours of paid prenatal personal leave during any fifty-two week calendar period. Such leave may be taken for health care services received by the employee during their pregnancy or related to such pregnancy, including physical examinations, medical procedures, monitoring and testing, and discussions with a health care provider related to the pregnancy. Paid prenatal personal leave may be taken in hourly increments. Unused paid prenatal leave is not paid out upon an employee's separation from employment.

## New York Paid Family Leave Benefits

In accordance with the New York Paid Family Leave Benefits Law ("PFLBL"), eligible employees are entitled to a leave of absence to care for a family member with a serious health condition, bond with a new child, or assist with obligations that arise when a spouse, domestic partner, child or parent is called into active military service. Employees are also eligible to receive partial wage replacement benefits during the leave through a state-mandated Paid Family Leave Benefits program. These benefits will be administered by Prudential for eligible employees. For further details, please consult Confluence

## Additional State Specific Leaves

Depending on your state of residence, you may be eligible for additional types of leave. Please consult Confluence for more information. Additional information can be found here. Whenever

applicable, state and/lor local leaves will run concurrently with Oscar's leave offerings. Employees may not earn more than 100% of their base rate of pay while on leave.

## Employee Benefits While on Leave

Your Oscar benefits are not affected by your continuous leave, but you will still owe Oscar for your portion of any benefit premiums that are not collected while you are on leave. Applicable benefit premiums that have not been collected from you through the duration of your leave will be collected upon your return to work via payroll deductions over one or more pay periods.

During an unpaid leave, contributions to your 401(k) and HSA are temporarily paused until your return to work. If you wish to "make-up" for any missed contributions upon your return to work, you can simply increase your elections. As a reminder, your 401(k) and HSA elections can be changed at any time during the year and are not limited to a QLE. Please reach out to PeopleServiceCenter@hioscar.com if you have any questions.

## Applying Vacation Time to Certain Leaves

Exempt employees must apply three weeks of vacation time per year toward any unpaid FMLA or ADA leave they use, but may not apply more than three weeks per year toward such leaves.

Non-exempt employees must apply three weeks of accrued vacation time per year toward any unpaid FMLA or ADA leave they use, unless no accrued vacation time is available at the time the leave is taken, and may apply more than three weeks per year at their discretion if they have time accrued.

In certain other leave situations, employees may apply accrued sick time and/or vacation time toward their leave at their discretion and in accordance with company policy.

Employees are responsible for notifying Prudential of any pay received from Oscar during the claimed absence period. Employees claiming additional paid leave benefits from their work state (those not administered by Prudential, must also notify that state agency of any pay earned during the claimed absence period. In no case should an employee receive pay at more than 100% of their base pay rate. Any overpayments may be subject to recoupment. See Confluence for full details.

## Sabbatical Leave

Upon completing ten years of continuous full-time employment with Oscar, exempt and non-exempt employees become eligible to request and take a paid sabbatical leave of up to eight weeks.

Eligible employees who wish to apply for sabbatical leave must submit a request to their leader no less than 90 days in advance of the proposed leave. This request should set forth the dates of the proposed leave, and should include an absence plan detailing proposed work coverage during the leave. Timing of the requested leave is at Oscar's discretion and may be adjusted based on staffing or other business needs.

Employees on approved sabbatical leave will receive pay at their regular rate (subject to authorized deductions and withholdings) and will continue to be eligible to participate in Oscar's employee benefits plans (including Oscar's annual bonus plan, if applicable) in accordance with the terms of those plans. Employees who have received grants of Oscar equity will remain eligible for continued vesting during an approved sabbatical leave in accordance with the terms of the applicable grant agreements and equity plans.

Sabbatical leave must be used as one continuous period of leave and must be completed within two years of the date on which an employee becomes eligible to use it. Sabbatical leave cannot be extended by combining it with any other leave or time-away offering. Employees on sabbatical leave will not be required to use accrued vacation time during the leave and will not accrue sick time or vacation time during the leave.

Though employees should not perform any work for Oscar during sabbatical leave, they are expected to continue to abide by Oscar policies to the extent applicable. Employees on sabbatical leave also continue to be bound by the terms of any agreements with Oscar regarding confidentiality, assignment of intellectual property, non-solicitation, non-competition, or similar restrictive covenant obligations, as well as Oscar's policies regarding conflicts of interest.

Employees are expected to resume active employment with Oscar for a period of at least six months following their return from sabbatical leave. Unused sabbatical leave is not paid out upon termination of employment.

# Departing Oscar

## Resignation

If you decide to leave your employment with Oscar, we ask that you give us at least two (2) weeks written notice. This will give us the opportunity to make the necessary adjustments in our operations.

## Termination & Reductions in Workforce

As an at-will employer, Oscar reserves the right to end the employment relationship at any time, with or without cause or notice, including, without limitation due to reductions in force.

In both voluntary and involuntary terminations, Oscar will ensure that the following steps are taken:

- Access to Oscar's email and other electronic documents shall be terminated.
- For a termination scheduled to occur in advance (such as a reduction in force where advance notice is provided to the employee, a resignation, or a mutual separation), the employee's manager terminates the employee in Oscar systems within 48 hours of receiving the notice .
- For an involuntary termination, the employee's manager terminates the employee in Oscar systems immediately.
- If an employee is in-office, prior to leaving the premises on their last day of work, the employee's manager must collect all hardware and materials that belong to Oscar and return them to IT. This includes, but is not limited to, laptops, computer accessories, badges, credit cards (if applicable), and keys (if applicable).
- If the employee is remote, managers will submit a ticket to IT to ensure a box will be sent to the employee's home, to collect all Oscar property.
- The employee shall be required to submit any outstanding expenses for which they may be entitled to reimbursement within 60 days of termination/resignation; the employee will be reminded that all expenses must be accompanied by receipts. The employee must be available to submit additional proof, as requested, for up to 60 days following their exit date.

## Recoupment and Clawbacks

Upon departing Oscar, employees are required to pay back any monies owed to the company, unless otherwise dictated by State employment law. Owed funds may include, but are not limited to: overpayment, relocation packages, spot bonuses, and/or starting bonuses, when the employee leaves before 12 months of service or as contractually defined. This applies to both voluntary and involuntary terminations.

## Unemployment Benefits

It is Oscar's intention to support employees during the transition out of Oscar. In the case of an involuntary termination from Oscar, employees can apply for unemployment benefits through the state in which they work.

If an employee is deemed eligible by the state for unemployment benefits, Oscar will not contest the claim unless one of the following reasons applies:

- Termination for cause (e.g. violence, discrimination, harassment, ethical violation, failure to follow Oscar's health and safety policies);
- Voluntary termination.

### Rehire Policy

Our employee rehire policy defines rules for rehiring former Oscar employees. The following outlines circumstances under which former employees are eligible to reapply. A former employee:

1. May apply for external open positions after a minimum of 6 months since their departure date from the company.
2. Must not have been terminated for cause or for job abandonment.
3. Must meet all job qualifications they are applying to.
4. Meet preliminary hiring steps (i.e.,background check)

*Note: This policy doesn't refer to any employee who's on medical, parental or other type of long-term leave.*

## Disclaimer

This handbook is designed to acquaint you with Oscar Management Corporation and its affiliates (together, "Oscar" or "Company") and provide you with information about the policies, working conditions, and employee benefits affecting your employment. This handbook is a summary only. It is expected that you read, understand, and comply with all provisions of the handbook.

Your employment at Oscar is at-will. This handbook does not modify the at-will relationship in any way or otherwise create any contractual rights. In order to retain necessary flexibility in the administration of policies and procedures, Oscar reserves the right to change, revise, depart from or eliminate any of the policies and/or benefits described in this handbook without notice at any time (except for its policy of employment-at-will). We will notify you of such changes from time to time and in accordance with applicable laws. In addition to this handbook, employees are required to comply with Oscar's Code of Conduct, written policies and procedures, and workplace rules. More details can be found on Confluence.

Nothing in this handbook is intended to, or shall be understood to, interfere with or limit any employee's rights under federal or state law, including, but not limited to, employees' rights to engage in protected, concerted activity under the National Labor Relations Act. Policies that exist outside of Oscar's Employee Handbook will not supersede any policies published above (i.e. any team or department-specific policies).

If you have questions concerning federal labor laws, labor laws in your state and/or Oscar policies, please visit our Virtual Bulletin Board on Confluence here and/or contact the People Team.