UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                               :

DAVID WINDER,                           :

                    Plaintiff,         :              25-CV-8297 (JMF)

          -v-                 :                ORDER

                                 :

OSCAR HEALTH, INC. et al,              :

                               :

                Defendants.      :

                               :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendants' new motion to dismiss, *see* ECF No. 16, Defendants' earlier motion to dismiss filed at ECF No. 8 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **February 25, 2026**. Defendants' reply, if any, is due by **March 4, 2026**.

       The Clerk of Court is directed to terminate Docket No. 8.

       SO ORDERED.

Dated: February 12, 2026
      New York, New York
                                 JESSE M. FURMAN
                             United States District Judge