**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DAVID WINDER,

Plaintiff,

-against-

OSCAR HEALTH, INC., OSCAR MANAGEMENT CORPORATION, WILL DUNHAM, AND DAVID BYTTOW,

Defendants.

Case No. 1:25-cv-08297 (JMF)

**NOTICE OF SUBSTITUTION**

**PLEASE TAKE NOTICE** that Jackson Lewis P.C., by David Greenhaus, Esq., 58 South Service Road, Suite 250, Melville, New York, 11747, is hereby substituted as attorney of record for Defendant David Byttow, in place of Littler Mendelson, P.C. and requests that all papers be served upon the undersigned as counsel for Mr. Byttow.

Dated New York, NY
March 26, 2026

Incoming Attorney

JACKSON LEWIS P.C.

By: s/ David S. Greenhaus
David Greenhaus, Esq.
58 South Service Road
Melville, N.Y. 11042
631.247.4658
David.Greenhaus@jacksonlewis.com

Outgoing Attorneys

LITTLER MENDELSON, P.C.

By: ______________________
Devjani H. Mishra, Esq.
René L. Macioce, Esq.
900 Third Avenue
New York, New York 10022.3298
212.583.9600
dmishra@littler.com
rmacioce@littler.com

**CONSENTED TO BY:**

By: David Byttow (Apr 2, 2026 13:12:56 PDT)
David Byttow

Dated March 26, 2026