UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                     :

DAVID WINDER,                            :

                 Plaintiff,           :               25-CV-8297 (JMF)

                -v-                   :               ORDER

OSCAR HEALTH, INC. et al,         :

              Defendants.       :

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On April 14, 2026, Defendant David Byttow filed a motion to dismiss the Complaint under Rule 12(b) of the Federal Rules of Civil Procedure.  *See* ECF No. 30.  Unless and until the Court orders otherwise, the deadlines for Plaintiff's consolidated opposition and any replies remain **April 28, 2026**, and **May 5, 2026**, respectively.  *See* ECF No. 25.  That said, Plaintiff shall advise the Court by letter no later than **April 21, 2026**, if he wishes to amend his Complaint to address the deficiencies alleged in Mr. Byttow's motion.  (To be clear, amendment — if it is allowed at all — would be limited to addressing the issues raised in Mr. Byttow's motion.)

If Plaintiff does not file a letter by that date (or indicates that he does not wish to amend), he will not be given any further opportunity to amend the Complaint to address issues raised by Mr. Byttow's motion.  If Plaintiff indicates that he does wish to amend, the Court will issue an order setting a deadline for any such amendment and modifying the existing briefing schedule.

        SO ORDERED.

Dated:  April 15, 2026
       New York, New York                    _____
                                    JESSE M. FURMAN
                                   United States District Judge