HARMAN GREEN
Attorneys & Counselors at Law
www.harmangreen.com

101 6th Ave, Ninth Floor
New York, New York 10013
824 Exposition Ave., Suite 8
Dallas, Texas 75226
T: 646.248.2288 F: 212.202.3926
E: wharman@harmangreen.com
erichardson@harmangreen.com

September 10, 2026

**VIA ECF:**

Hon. Jesse Furman
Daniel Patrick Moynihan
United States Courthouse
Courtroom: 24B
500 Pearl St.
New York, NY 10007-1312

***Re: 1:25-cv-8297, David Winder / Oscar Health, Inc., Oscar Health Plan of New York, Inc., Oscar Health Agency Inc., Will Dunham, and David Byttow***

Judge Furman,

We represent the Plaintiff in the above titled matter. This matter has been pending since 10/07/2025. Defendants moved to dismiss the Amended Complaint on 02/11/2026 and Defendant Byttow, individually, moved on 04/14/2026. Plaintiff responded to the Motions on 04/28/2026, and Defendants replied to the Motion on 05/05/2026.

At this time, Plaintiff is prepared to begin conducting discovery, and respectfully requests that the Court set a schedule and a conference to prepare a litigation schedule for this action. Further, Plaintiff respectfully requests the Court direct the parties conduct a Fed. R. Civ. Pro. 26f conference.

Very truly yours,

Walker G. Harman, Jr., Esq.

**HARMAN GREEN**

HARMAN GREEN
Attorneys & Counselors at Law
www.harmangreen.com

101 6th Ave, Ninth Floor
New York, New York 10013
824 Exposition Ave., Suite 8
Dallas, Texas 75226
T: 646.248.2288 F: 212.202.3926
E: wharman@harmangreen.com
erichardson@harmangreen.com

101 6th Ave, Ninth Floor
New York, New York 10013

824 Exposition Ave., Suite 8
Dallas, Texas 75226

New York State Bar no. 3027034
Texas State Bar no. 24136268
wharman@harmangreen.com
(646) 248-2288