HARMAN GREEN
Attorneys & Counselors at Law
www.harmangreen.com

101 6th Ave, Ninth Floor
New York, New York 10013
824 Exposition Ave., Suite 8
Dallas, Texas 75226
T: 646.248.2288 F: 212.202.3926
E: wharman@harmangreen.com
erichardson@harmangreen.com

September 10, 2026

**VIA ECF:**

Hon. Jesse Furman
Daniel Patrick Moynihan
United States Courthouse
Courtroom: 24B
500 Pearl St.
New York, NY 10007-1312

***Re: 1:25-cv-8297, David Winder / Oscar Health, Inc., Oscar Health Plan of New York, Inc., Oscar Health Agency Inc., Will Dunham, and David Byttow***

Judge Furman,

We represent the Plaintiff in the above titled matter. This matter has been pending since 10/07/2025. Defendants moved to dismiss the Amended Complaint on 02/11/2026 and Defendant Byttow, individually, moved on 04/14/2026. Plaintiff responded to the Motions on 04/28/2026, and Defendants replied to the Motion on 05/05/2026.

At this time, Plaintiff is prepared to begin conducting discovery, and respectfully requests that the Court set a schedule and a conference to prepare a litigation schedule for this action. Further, Plaintiff respectfully requests the Court direct the parties conduct a Fed. R. Civ. Pro. 26f conference.

Very truly yours,

Walker G. Harman, Jr., Esq.

**HARMAN GREEN**

HARMAN GREEN
Attorneys & Counselors at Law
www.harmangreen.com

101 6th Ave, Ninth Floor
New York, New York 10013
824 Exposition Ave., Suite 8
Dallas, Texas 75226
T: 646.248.2288 F: 212.202.3926
E: wharman@harmangreen.com
erichardson@harmangreen.com

101 6th Ave, Ninth Floor
New York, New York 10013

824 Exposition Ave., Suite 8
Dallas, Texas 75226

New York State Bar no. 3027034
Texas State Bar no. 24136268
wharman@harmangreen.com
(646) 248-2288

Application DENIED. The Court intimates no view on the merits of Defendants' motions to dismiss. That said, deferring discovery until after the Court rules on the motions will promote judicial economy because the motions may narrow, if not dispose altogether, of the case. See, e.g., Keir v. Schoeberl, No. 1:25-CV-056 (ECC/MJK), 2025 WL 814760, at *3 (N.D.N.Y. Mar. 13, 2025).

Counsel is reminded that a request for relief such as this should be filed as at letter-motion, not as an ordinary letter.

SO ORDERED.

September 15, 2026